**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001-2866
PHONE: 202-216-7000 | FACSIMILE: 202-219-8530

**Case Caption:** Doctors for Drug Policy Reform; Dr. Bryon Adinoff

Petitioners,

v.   Case Number: 24-1365

United States Drug Enforcement Administration;
Anne Milgram, in her official capacity as
Administrator of the United States Drug Enforcement
Administration

Respondents.

**PETITION FOR REVIEW OF AN AGENCY, BOARD, COMMISSION, OR OFFICER**

Notice is hereby given this the 27th day of November 2024, that petitioners Doctors for Drug Policy Reform and Dr. Bryon Adinoff hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of the orders of the respondents United States Drug Enforcement Administration and Anne Milgram, entered the 28th day of October 2024 and the 25th day of November 2024, respectively.

Attorney for Petitioners,

Matthew C. Zorn
Yetter Coleman LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8077