# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1365** | **September Term, 2024** |
| | DEA-10/28/24 Letter |
| | DEA-11/25/24 Letter |
| | Filed On: February 7, 2025 |

Doctors for Drug Policy Reform and Bryon Adinoff, Dr.,

      Petitioners

    v.

Drug Enforcement Administration and Anne Milgram, in her official capacity as Administrator of the United States Drug Enforcement Administration,

      Respondents

      **BEFORE:**    Childs, Pan, and Garcia, Circuit Judges

## O R D E R

      Upon consideration of the motion to supplement the record and for transmission of the agency record, the opposition thereto, and the reply; and the motion for extension of time to file the opening brief, it is

      **ORDERED** that the motion to supplement the record and for transmission of the agency record be referred to the merits panel to which this case is assigned. The parties are directed to address in their briefs the issues presented in the motion rather than incorporate those arguments by reference. The parties may refer to the proposed supplemental material in their briefs, but they must identify it as such. It is

      **FURTHER ORDERED** that the motion for extension of time is granted in part and denied in part without prejudice. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Petitioners' Brief | February 14, 2025 |
| Appendix | February 14, 2025 |
| Respondents' Brief | March 17, 2025 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1365**  September Term, 2024

Reply Brief  April 7, 2025

    The Clerk is directed to calendar this case for argument on the first appropriate date following the conclusion of briefing.

**<u>Per Curiam</u>**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

               BY:    /s/
                        Selena R. Gancasz
                        Deputy Clerk