No. 24-1365

# In the United States Court of Appeals for the District of Columbia Circuit

DOCTORS FOR DRUG POLICY REFORM; BRYON ADINOFF, DR.,

Petitioners

*v.*

DRUG ENFORCEMENT ADMINISTRATION; ANNE MILGRAM, IN HER OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

Respondents

On Petition for Review of Orders of the Drug Enforcement Administration
(Oct. 28, 2024 and Nov. 25, 2024)

## PETITIONERS' APPENDIX
### VOLUME 6 OF 6
### App.1478 to App.1670

Austin T. Brumbaugh
D.C. Circuit Bar No. 65727
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
713-457-3099

**Counsel for Petitioners**

## TABLE OF CONTENTS

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| | **Orders and Rulings** | |
| | **Volume 1** | |
| 2024-12-06 | Order Denying Motion to Stay | App.1 |
| 2024-10-28 | Order Selecting Participants | App.7 |
| 2024-11-25 | Bryon Adinoff, M.D. Rejection Letter | App.10 |
| 2023-08-29 | Recommendation of the Department of Health and Human Services to the Drug Enforcement Administration | App.11 |
| 2024-04-11 | Office of Legal Counsel Memorandum Opinion for the Attorney General, 48 Op. O.L.C. ___ | App.261 |
| 2024-05-21 | Notice of Proposed Rulemaking, 89 FR 44597-01 | App.299 |
| 2024-08-29 | Notice of Hearing on Proposed Rulemaking, 89 FR 70148-01 | App.325 |
| 2024-09-26 | Doctors for Drug Policy Reform Request to Participate in Hearing | App.327 |
| 2024-10-31 | Preliminary Order | App.333 |
| 2024-11-19 | Order re Standing, Scope, and Prehearing Procedures | App.343 |
| 2024-11-21 | Order Denying Motion to Intervene | App.390 |
| 2024-12-04 | Prehearing Ruling | App.394 |
| 2025-01-13 | Order Regarding Village Farms International Hemp for Victory and OCO et al.'s Motion for Reconsider | App.404 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| | **Requests to Participate and Agency Responses** | |
| 2024-02-28 | Association of Federal Narcotics Agents Supporting Paper | App.411 |
| 2024-06-01 | Request by International Academy on the Science and Impact of Cannabis | App.415 |
| 2024-06-04 | Request by Khurshid Khoja (Greenbridge Corporate Counsel, P.C. | App.418 |
| 2024-06-11 | Request by Sage Endoom Cannablisshum | App.423 |
| 2024-06-13 | Request by Aubree Adams | App.431 |
| 2024-06-15 | Request by Heidi Anderson-Swan | App.432 |
| 2024-06-16 | Request by David Heldreth | App.473 |
| 2024-06-16 | Request by National Drug & Alcohol Screening Association | App.443 |
| 2024-06-16 | Request by Panacea Plant Sciences c/o David Heldreth | App.460 |
| 2024-06-17 | Request by Bryn Spejcher | App.466 |
| 2024-06-17 | Request by Ed Wood | App.467 |
| | **Volume 2** | |
| 2024-06-17 | Request by Perkins Coie on behalf of American Trade Association for Cannabis and Hemp | App.498 |
| 2024-06-17 | Request by Smart Approaches to Marijuana | App.500 |
| 2024-06-17 | Request by Association of State Criminal Investigative Agencies | App.504 |
| 2024-06-18 | Request by Association of Federal Narcotics Agents | App.507 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-06-18 | Request by Cannabis Industry Victims Educating Litigators | App.508 |
| 2024-06-18 | Request by Coalition for Patient Rights | App.510 |
| 2024-06-19 | Request by Bryan Krumm | App.526 |
| 2024-06-19 | Request by Former DEA Administrators | App.536 |
| 2024-06-19 | Request by Minority Cannabis Business Association | App.538 |
| 2024-06-19 | Request by Phillip Drum | App.540 |
| 2024-06-19 | Request by Tennessee Bureau of Investigation | App.542 |
| 2024-06-19 | Request by United Empowerment Party | App.544 |
| 2024-06-20 | Request by Doctors for Drug Policy Reform | App.548 |
| 2024-06-20 | Request by Devan Maurice Dupuis and Nicholas Barreto | App.593 |
| 2024-06-20 | Request by Lori Robinson | App.597 |
| 2024-06-20 | Request by National Transportation Safety Board | App.599 |
| 2024-06-20 | Request by South Carolina Attorney General and Various Other Attorneys General | App.601 |
| 2024-06-20 | Request by United States Cannabis Coalition | App.604 |
| 2024-06-26 | Request by Nicole Ricci | App.606 |
| 2024-07-19 | Request by University of California San Diego Center for Medicinal Cannabis Research | App.611 |
| 2024-08-26 | Request by Shane Gallichio | App.612 |
| 2024-08-29 | Request by Brian Austin | App.613 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-08-29 | Request by Cris Ericson | App.614 |
| 2024-08-29 | Request by Prince Lobel Strategic Advisors | App.623 |
| 2024-08-30 | Request by Roneet Lev, MD - HighTruths.com and International Academy of Science and Impact of Cannabis | App.625 |
| 2024-08-30 | Supplement by National Transportation Safety Board | App.626 |
| 2024-09-03 | Request by International Association of Chiefs of Police | App.631 |
| 2024-09-04 | Request by Sandra Rapke | App.634 |
| 2024-09-06 | Request by Community Anti-Drug Coalitions of America | App.635 |
| 2024-09-07 | Request by Mariah Ashley Magnuson | App.637 |
| 2024-09-09 | Request by Kelly Anderson | App.642 |
| 2024-09-11 | Request by Hemp for Victory | App.643 |
| 2024-09-11 | Request by Jim Fricke for The Plant Counsel | App.664 |
| 2024-09-12 | Request by Daniel Kyle | App.665 |
| 2024-09-12 | Request by Grayson Lichtenthaler | App.667 |
| 2024-09-12 | Request by Joshua Taylor | App.668 |
| 2024-09-12 | Request by Justin Taylor | App.669 |
| 2024-09-12 | Request by Wei He, Ph.D. | App.670 |
| 2024-09-14 | Request by Jordan Zito | App.673 |
| 2024-09-16 | Request by Panacea Plant Sciences c/o David Heldreth | App.674 |
| 2024-09-16 | Request by David Heldreth | App.681 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-09-16 | Request by Emily Fisher, CEO, Leafwell, Inc. | App.688 |
| 2024-09-17 | Request by August Wakat | App.689 |
| 2024-09-18 | Request by American Academy of Child and Adolescent Psychiatry | App.690 |
| | **Volume 3** | |
| 2024-09-18 | Request by Bryn Spejcher | App.691 |
| 2024-09-18 | Supplement by Phillip Drum | App.715 |
| 2024-09-20 | Request by Cannabis Law PA | App.720 |
| 2024-09-20 | Request by Drug Enforcement Association of Federal Narcotics Agents | App.723 |
| 2024-09-20 | Request by Minorities for Medical Marijuana | App.724 |
| 2024-09-22 | Request by Derek Shirley | App.740 |
| 2024-09-23 | Request by Drug Enforcement Association of Federal Narcotics Agents | App.742 |
| 2024-09-23 | Request by Bryan Krumm | App.744 |
| 2024-09-23 | Request by Pharmacists Cannabis Coalition of California | App.754 |
| 2024-09-24 | Request by The Doc App | App.756 |
| 2024-09-25 | Supplement by Aubree Adams | App.758 |
| 2024-09-25 | Supplement by Aubree Adams | App.761 |
| 2024-09-25 | Request by Curio Wellness | App.771 |
| 2024-09-25 | Request by Heidi Anderson | App.775 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-09-25 | Request by Veterans Action Council | App.786 |
| 2024-09-26 | Request by Bryon Adinoff, M.D. and Doctors for Drug Policy Reform with CV | App.790 |
| 2024-09-26 | Request by Michael Krawitz | App.839 |
| 2024-09-26 | Request by MedPharm | App.841 |
| 2024-09-26 | Supplement by University of California San Diego Center for Medicinal Cannabis Research | App.902 |
| 2024-09-27 | Request by Ariana Fleishman | App.904 |
| 2024-09-27 | Request by Cynthia Mateo | App.905 |
| 2024-09-27 | Request by Etienne Fontan | App.906 |
| 2024-09-27 | Request by Ian Patrick Patriarca | App.909 |
| 2024-09-27 | Request by Jessica Garza | App.910 |
| 2024-09-27 | Request by Jonathan Frank | App.911 |
| 2024-09-27 | Request by Rafael Acevedo | App.912 |
| 2024-09-27 | Request by The Commonwealth Project | App.913 |
| 2024-09-27 | Request by Vicente LLP by Timothy D. Swain | App.915 |
| 2024-09-29 | Request by Kai Hoffman | App.933 |
| 2024-09-29 | Request by Kainan Boring | App.944 |
| 2024-09-29 | Request by Keila Castillo | App.945 |
| 2024-09-29 | Request by Kym Silva | App.948 |
| 2024-09-29 | Request by Lilly Tirado | App.949 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-09-30 | Request by American Academy of Hospice and Palliative Medicine | App.950 |
| 2024-09-30 | Request by American Psychological Association | App.952 |
| 2024-09-30 | Request by Andrew DeAngelo | App.954 |
| 2024-09-30 | Request by Ari Kirshenbaum, PhD | App.958 |
| | **Volume 4** | |
| 2024-09-30 | Request by Association of American Railroads | App.959 |
| 2024-09-30 | Request by BayMedica, LLC and Greenbridge Corporate Counsel, P.C. | App.960 |
| 2024-09-30 | Request by Coalition for Patient Rights | App.973 |
| 2024-09-30 | Request by Coss Marte | App.975 |
| 2024-09-30 | Request by Compassion Center by Stormy Ray | App.976 |
| 2024-09-30 | Request by Dennis Schuller | App.978 |
| 2024-09-30 | Request by Drug Policy Alliance by Cat Packer | App.979 |
| 2024-09-30 | Request by Ellen Brown | App.982 |
| 2024-09-30 | Request by Erin Kirk | App.983 |
| 2024-09-30 | Request by Esaia Gonzalez | App.984 |
| 2024-09-30 | Request by Green Thumb Industries Inc. | App.988 |
| 2024-09-30 | Request by Jasmine Montoya | App.1050 |
| 2024-09-30 | Request by Jason Greninger | App.1054 |
| 2024-09-30 | Request by Jordan Smith | App.1056 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-09-30 | Request by Karen O'Keefe | App.1057 |
| 2024-09-30 | Request by Khurshid Khoja and BayMedica | App.1077 |
| 2024-09-30 | Request by Last Prisoner Project | App.1090 |
| 2024-09-30 | Request by Michael Doyle | App.1096 |
| 2024-09-30 | Request by Natalie P. Hartenbaum, MD, MPH | App.1098 |
| 2024-09-30 | Request by National Cannabis Industry Association | App.1104 |
| 2024-09-30 | Request by National Sheriffs Association | App.1108 |
| 2024-09-30 | Request by Nicholas Barreto | App.1112 |
| 2024-09-30 | Request by Nick Richards, GreenspoonMarder | App.1116 |
| 2024-09-30 | Request by National Organization for the Reform of Marijuana Laws (NORML) | App.1120 |
| 2024-09-30 | Request by New York Office of Cannabis Management | App.1163 |
| 2024-09-30 | Request by Patrick Oglesby | App.1171 |
| 2024-09-30 | Request by Perkins Coie on behalf of American Trade Association for Cannabis and Hemp | App.1174 |
| 2024-09-30 | Request by RTI International | App.1374 |
| 2024-09-30 | Request by Russell Palmer | App.1374 |
| | **Volume 5** | |
| 2024-09-30 | Request by Sensible Colorado | App.1380 |
| 2024-09-30 | Request by Sisley Research Institute | App.1424 |
| 2024-09-30 | Request by State of Colorado | App.1427 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-09-30 | Request by State of Nebraska | App.1430 |
| 2024-09-30 | Request by Steph Sherer for Americans for Safe Access Foundation | App.1434 |
| 2024-09-30 | Request by Stephen Mandile | App.1436 |
| 2024-09-30 | Request by Students for Sensible Drug Policy | App.1437 |
| 2024-09-30 | Supplement by Drug Enforcement Association of Federal Narcotics Agents | App.1440 |
| 2024-09-30 | Request by T. Christopher Wright | App.1442 |
| 2024-09-30 | Supplement by Tennessee Bureau of Investigation | App.1444 |
| 2024-09-30 | Request by Training Marbles, Inc. | App.1447 |
| 2024-09-30 | Request by United States Cannabis Coalition | App.1449 |
| 2024-09-30 | Request by Village Farms International Inc. | App.1452 |
| 2024-10-08 | Request by Walt A. Sanders | App.1458 |
| 2024-10-09 | Request by Jeffrey Faatz | App.1460 |
|  | Request by Cannabis Bioscience International Holdings | App.1461 |
|  | Request by Equity Trade Network | App.1464 |
|  | Request by Jahan Marcu | App.1466 |
|  | Request by Kenneth Finn | App.1468 |
|  | Request by Michael Rountree | App.1472 |
|  | Request by Patrick Oglesby | App.1475 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| | **Volume 6** | |
| | State of Wisconsin vs Bloom 2020 CPS | App.1478 |
| | Request by Tim McKibben | App.1502 |
| | Request by Shanetha Lewis | App.1505 |
| | | |
| 2024-09-10 | Aubree Adams Cure Letter | App.1509 |
| 2024-09-10 | Bryn Spejcher Cure Letter | App.1510 |
| 2024-09-10 | Darwin Richardson Cure Letter | App.1511 |
| 2024-09-10 | Tennessee Bureau of Investigation Cure Letter | App.1512 |
| 2024-09-10 | Drug Enforcement Association of Federal Narcotics Agents Cure Letter | App.1513 |
| 2024-09-10 | Heidi Anderson-Swan Cure Letter | App.1514 |
| 2024-09-10 | Khursid Khoja Cure Letter | App.1515 |
| 2024-09-10 | Lori Robinson Cure Letter | App.1516 |
| 2024-09-10 | Michael Rountree Cure Letter | App.1517 |
| 2024-09-10 | Minority Cannabis Business Association Cure Letter | App.1518 |
| 2024-09-10 | Phillip Drum Cure Letter | App.1519 |
| 2024-09-10 | University of California San Diego Center for Medical Cannabis Research Cure Letter | App.1520 |
| 2024-10-28 | American Academy of Child Rejection Letter | App.1521 |
| 2024-10-28 | American Academy of Hospice & Palliative Medicine Acceptance Letter | App.1522 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-10-28 | Ari Kirshenbaum Acceptance Letter | App.1523 |
| 2024-10-28 | Aubree Adams Rejection Letter | App.1524 |
| 2024-10-28 | BayMedica, LLC Rejection Letter | App.1525 |
| 2024-10-28 | Bryn Spejcher Rejection Letter | App.1526 |
| 2024-10-28 | Cannabis Industry Victims Educating Litigators Acceptance Letter | App.1527 |
| 2024-10-28 | Cannabis Law PA (Attn: Judith Cassel) Rejection Letter | App.1528 |
| 2024-10-28 | Cannabis Law PA (Attn: Micah Bucy) Rejection Letter | App.1529 |
| 2024-10-28 | Community Anti-Drug Coalitions of America Acceptance Letter | App.1530 |
| 2024-10-28 | Corey Burchman, M.D. (Hemp for Victory) Acceptance Letter | App.1531 |
| 2024-10-28 | Curio Wellness Rejection Letter | App.1532 |
| 2024-10-28 | Darinia Douchi, M.D. (Hemp for Victory) Acceptance Letter | App.1533 |
| 2024-10-28 | Drug Enforcement Association of Federal Narcotics Agents Acceptance Letter | App.1534 |
| 2024-10-28 | Ellen Brown Acceptance Letter | App.1535 |
| 2024-10-28 | Erin Kirk Acceptance Letter | App.1536 |
| 2024-10-28 | Full Spectrum Inc. Rejection Letter | App.1537 |
| 2024-10-28 | Heidi Anderson-Swan Rejection Letter | App.1538 |
| 2024-10-28 | International Academy on the Science & Impact of Cannabis Acceptance Letter | App.1539 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-10-28 | International Association of Chiefs of Police Acceptance Letter | App.1540 |
| 2024-10-28 | Jahan Marcu Rejection Letter | App.1541 |
| 2024-10-28 | Jason Castro Rejection Letter | App.1542 |
| 2024-10-28 | Jeffrey Fatz Rejection Letter | App.1543 |
| 2024-10-28 | John Jones, Cannabis Bioscience International Holdings Acceptance Letter | App.1544 |
| 2024-10-28 | Kenneth Finn, MD Acceptance Letter | App.1545 |
| 2024-10-28 | Natalie Hartenbaum Rejection Letter | App.1546 |
| 2024-10-28 | National Cannabis Industry (Aaron Smith) Acceptance Letter | App.1547 |
| 2024-10-28 | National Cannabis Industry (Michelle Rutter) Acceptance Letter | App.1548 |
| 2024-10-28 | National Drug & Alcohol Screening Association Acceptance Letter | App.1549 |
| 2024-10-28 | National Sheriff's Association Acceptance Letter | App.1550 |
| 2024-10-28 | National Transportation Safety Board Acceptance Letter | App.1551 |
| 2024-10-28 | Pharmacists' Cannabis Coalition of California Rejection Letter | App.1552 |
| 2024-10-28 | Phil Molloy Rejection Letter | App.1553 |
| 2024-10-28 | Phillip Drum Acceptance Letter | App.1554 |
| 2024-10-28 | Prince Lobel Strategic Rejection Letter | App.1555 |
| 2024-10-28 | Robert Head (Hemp for Victory) Acceptance Letter | App.1556 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-10-28 | Sandra Rapke Rejection Letter | App.1557 |
| 2024-10-28 | Shanetha Lewis Acceptance Letter | App.1558 |
| 2024-10-28 | Smart Approaches to Marijuana Acceptance Letter | App.1559 |
| 2024-10-28 | State of Nebraska Acceptance Letter | App.1560 |
| 2024-10-28 | Synthcon LLC Rejection Letter | App.1561 |
| 2024-10-28 | Tennessee Bureau of Investigation Acceptance Letter | App.1562 |
| 2024-10-28 | Teresa Simon Rejection Letter | App.1563 |
| 2024-10-28 | The Commonwealth Project Acceptance Letter | App.1564 |
| 2024-10-28 | The Doc App Acceptance Letter | App.1565 |
| 2024-10-28 | Victor Bohm (Hemp for Victory) Acceptance Letter | App.1566 |
| 2024-10-28 | Village Farms International Inc. Acceptance Letter | App.1567 |
| 2024-10-28 | Wei He Rejection Letter | App.1568 |
| 2024-11-25 | American Psychological Association Rejection Letter | App.1569 |
| 2024-11-25 | American Trade Association for Cannabis Rejection Letter | App.1570 |
| 2024-11-25 | Americans for Safe Access Foundation Rejection Letter | App.1571 |
| 2024-11-25 | Andrew DeAngelo Rejection Letter | App.1572 |
| 2024-11-25 | Andrew Kline Rejection Letter | App.1573 |
| 2024-11-25 | Ariana Fleishman Rejection Letter | App.1574 |
| 2024-11-25 | Association of American Railroads Rejection Letter | App.1575 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-11-25 | Association of State Criminal Investigative Agencies Rejection Letter | App.1576 |
| 2024-11-25 | August Wakat Rejection Letter | App.1577 |
| 2024-11-25 | Brian Austin Rejection Letter | App.1578 |
| 2024-11-25 | Bryan Krumm Rejection Letter | App.1579 |
| 2024-11-25 | Bryon Adinoff Rejection Letter | App.1580 |
| 2024-11-25 | Catherine Bloom Rejection Letter | App.1581 |
| 2024-11-25 | Coalition for Patients Rights Rejection Letter | App.1582 |
| 2024-11-25 | Con Body Rejection Letter | App.1583 |
| 2024-11-25 | Cris Ericson Rejection Letter | App.1584 |
| 2024-11-25 | Cynthia Mateo Rejection Letter | App.1585 |
| 2024-11-25 | Daniel Kyle Rejection Letter | App.1586 |
| 2024-11-25 | David Heldreth Jr. Rejection Letter | App.1587 |
| 2024-11-25 | Dennis Schuller Rejection Letter | App.1588 |
| 2024-11-25 | Derek J. Shirley Rejection Letter | App.1589 |
| 2024-11-25 | Devan Maurice Dupuis Rejection Letter | App.1590 |
| 2024-11-25 | Dominique Mendiola Rejection Letter | App.1591 |
| 2024-11-25 | Drug Policy Alliance Rejection Letter | App.1592 |
| 2024-11-25 | Ean Seeb Rejection Letter | App.1593 |
| 2024-11-25 | Ed Wood Rejection Letter | App.1594 |
| 2024-11-25 | Emily Fisher Rejection Letter | App.1595 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-11-25 | Grayson Lichtenthaler Rejection Letter | App.1596 |
| 2024-11-25 | Greenspoon Marder, LLP Rejection Letter | App.1597 |
| 2024-11-25 | Ian Patrick Patriarca Rejection Letter | App.1598 |
| 2024-11-25 | Jasmine Montoya Rejection Letter | App.1599 |
| 2024-11-25 | Jessica Garza Rejection Letter | App.1600 |
| 2024-11-25 | Jonathan Frank Rejection Letter | App.1601 |
| 2024-11-25 | Jordan Christopher Zito Rejection Letter | App.1602 |
| 2024-11-25 | Jordan Smith Rejection Letter | App.1603 |
| 2024-11-25 | Joseph Garofalo Rejection Letter | App.1604 |
| 2024-11-25 | Joshua Taylor Rejection Letter | App.1605 |
| 2024-11-25 | Julie Monteriro Rejection Letter | App.1606 |
| 2024-11-25 | Justin J. Taylor Rejection Letter | App.1607 |
| 2024-11-25 | Kai Hoffman Rejection Letter | App.1608 |
| 2024-11-25 | Kainan Boring Rejection Letter | App.1609 |
| 2024-11-25 | Keila E. Castillo Rejection Letter | App.1610 |
| 2024-11-25 | Keith G. Freeman Rejection Letter | App.1611 |
| 2024-11-25 | Kym Silva Rejection Letter | App.1612 |
| 2024-11-25 | Last Prisoner Project Rejection Letter | App.1613 |
| 2024-11-25 | Lilly Tirado Rejection Letter | App.1614 |
| 2024-11-25 | Lori Robinson Rejection Letter | App.1615 |
| 2024-11-25 | Major Cities Chiefs Association Rejection Letter | App.1616 |

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|
| 2024-11-25 | Major County Sheriffs of America Rejection Letter | App.1617 |
| 2024-11-25 | Mariah Ashley Magnuson Rejection Letter | App.1618 |
| 2024-11-25 | Marijuana Policy Project Rejection Letter | App.1619 |
| 2024-11-25 | Michael Doyle Rejection Letter | App.1620 |
| 2024-11-25 | Michael Krawitz Rejection Letter | App.1621 |
| 2024-11-25 | Michael Rountree Rejection Letter | App.1622 |
| 2024-11-25 | Minorities for Medical Marijuana, Inc. Rejection Letter | App.1623 |
| 2024-11-25 | Minority Cannabis Business Association Rejection Letter | App.1624 |
| 2024-11-25 | National Alliance of State Drug Enforcement Agencies Rejection Letter | App.1625 |
| 2024-11-25 | National Association of Police Organizations Rejection Letter | App.1626 |
| 2024-11-25 | National District Attorneys Association Rejection Letter | App.1627 |
| 2024-11-25 | National HIDTA Directors Association Rejection Letter | App.1628 |
| 2024-11-25 | National Narcotic Officers' Associations' Coalition Rejection Letter | App.1629 |
| 2024-11-25 | National Organization for the Reform of Marijuana Laws (NORML) Rejection Letter | App.1630 |
| 2024-11-25 | New York Office of Cannabis Management Rejection Letter | App.1631 |
| 2024-11-25 | Nicholas Barreto Rejection Letter | App.1632 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-11-25 | Nicole Ricci Rejection Letter | App.1633 |
| 2024-11-25 | Patrick Oglesby Rejection Letter | App.1634 |
| 2024-11-25 | Perkins Coie Rejection Letter | App.1635 |
| 2024-11-25 | Perkins Coie on behalf of Green Thumb Industries Inc. Rejection Letter | App.1636 |
| 2024-11-25 | Perkins Coie on behalf of MedPharm Rejection Letter | App.1637 |
| 2024-11-25 | Perkins Coie on behalf of MedPharm Rejection Letter | App.1638 |
| 2024-11-25 | Perkins Coie on behalf of MedPharm Rejection Letter | App.1639 |
| 2024-11-25 | Rafael Acevedo Rejection Letter | App.1640 |
| 2024-11-25 | RTI International Rejection Letter | App.1641 |
| 2024-11-25 | Russell Palmer Rejection Letter | App.1642 |
| 2024-11-25 | Sage Endoom Cannablisshum Rejection Letter | App.1643 |
| 2024-11-25 | San Diego County Rejection Letter | App.1644 |
| 2024-11-25 | Sensible Drug Policy Rejection Letter | App.1645 |
| 2024-11-25 | Sergeants Benevolent Association Rejection Letter | App.1646 |
| 2024-11-25 | Shane Gallichio Rejection Letter | App.1647 |
| 2024-11-25 | Shane Pennington Rejection Letter | App.1648 |
| 2024-11-25 | State of Colorado Rejection Letter | App.1649 |
| 2024-11-25 | Stephen J. Mandile Rejection Letter | App.1650 |
| 2024-11-25 | Students for Sensible Drug Policy Rejection Letter | App.1651 |
| 2024-11-25 | Suzanne Sisley, M.D. Rejection Letter | App.1652 |

| DATE | DESCRIPTION | PAGE |
|---|---|---|
| 2024-11-25 | T. Christopher Wright Rejection Letter | App.1653 |
| 2024-11-25 | The Equity Trade Network Rejection Letter | App.1654 |
| 2024-11-25 | The Plant Counsel Rejection Letter | App.1655 |
| 2024-11-25 | The Veterans Action Council Rejection Letter | App.1656 |
| 2024-11-25 | Thomas J. Tobin Rejection Letter | App.1657 |
| 2024-11-25 | Training Marbles, Inc. Rejection Letter | App.1658 |
| 2024-11-25 | United Empowerment Party Rejection Letter | App.1659 |
| 2024-11-25 | United States Cannabis Coalition Rejection Letter | App.1660 |
| 2024-11-25 | Veterans Action Council Rejection Letter | App.1661 |
| 2024-11-25 | Veterans Action Council Rejection Letter | App.1662 |
| 2024-11-25 | Veterans Action Council Rejection Letter | App.1663 |
| 2024-11-25 | Vicente LLP on behalf of Sensible Colorado Rejection Letter | App.1664 |
| 2024-11-25 | Vicente LLP Rejection Letter | App.1665 |
|  | University of California San Diego's Center for Medicinal Cannabis Rejection Letter | App.1666 |
| 2024-11-27 | Draft letters document listing by Heather E. Achbach | App.1667 |

Dated:  February 17, 2025          Respectfully submitted,

/s/Austin T. Brumbaugh
————————————————————————
Austin T. Brumbaugh
D.C. Circuit Bar No. 65727
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
713-457-3099

Attorney for Petitioners

4

# ZACH & KATIE, married June 30, 2012



Katie and Zach both began their professional careers working at Northwestern Mutual in the mid 2000's, Katie as a life insurance underwriter and Zach as a trader. They met in 2010 when they were both volunteering at Unity in Motion, a nonprofit supporting disadvantaged children in Milwaukee. After volunteering as tutors for some time, Katie became the board secretary and Zach the treasurer. After a whirlwind romance walking, talking, and laughing through the streets of Shorewood after long days at the office, they married in June 2012 at Lake Park Bistro where Zach proposed. That fall, Zach earned his CFA (Chartered Financial Analyst), one of the highest distinctions in the investment management profession. They welcomed their first child, Molly, just before their first wedding anniversary. One week after Molly was born, Zach graduated with his masters in applied economics from Marquette. They moved to Cedarburg in hopes of raising their children with similar close neighborhood vibes of their own childhoods. Shortly after, Robbie was born. Katie left her job at NM, when her salary wasn't much more than the cost of daycare, to stay at home and is so grateful to have had this time with them when they were so young. Her passion is special education advocacy, providing support to other burned out moms and enhancing community through the network of extraordinary and supportive providers we have built throughout the years. In her spare time she enjoys nature, reading, music, and making meals for friends. Zach has remained at Northwestern Mutual for over fifteen years and is now a director. He has become quite a handyman and woodworker and has lovingly restored the kids swingset, and built Molly a custom lemonade stand from scratch, among many other impressive projects. In his spare time he enjoys making memories via special events with his kids, bonding with his family, baseball, and playing guitar. Together, Zach and Katie enjoy spending time with their families, traveling, taking art classes, attending live music events and basking in mother nature's glory at their cabin in Mountain, WI.

**App.1478**

# MOLLY, born May 6 2013



Molly fulfilled Katie's lifelong dream of becoming a mother. She was the most easy-going baby in the world, so much so that Katie and Zach thought they had parenting figured out when she was 9 months old and decided to have another. She was developmentally behind in early pediatric milestones, but otherwise healthy and so happy. In March 2017 she gave us a scare when she had about 8 seizures in 12 hours. She was hospitalized at Children's hospital and discharged a few days later with little answers and prescriptions for seizure meds. A few months later we received results of genetic testing from her hospitalization and learned that she has 16p11.2 microdeletion (missing a piece of her 16th chromosome) which resulted in seizure disorder, global delays, and a diagnosis on the spectrum (highly functioning). Molly has been seizure free since 2017 and off all seizure meds since 2020. She quickly wins the hearts of those she meets, is hilarious and has more empathy than most adults. Molly is thoughtful, kind, creative, and always considerate of others. Her acts of empathy and care towards others are demonstrations of kindness that make her mama's heart so proud. She excels at school and delights in events with her girl scout troop. Molly loves to swim, read, play the piano, craft, and play dolls. She is an especially talented artist, and frequently has masterpieces scattered throughout our house. Molly is a rule follower, a people pleaser, and asked for permission to say the girl scout pledge before bed. She cooks and dances with mama, and plays video games with daddy and challenges both parents to obstacle courses on the regular. As the big sister to a special needs brother, she has become accustomed to her needs often falling secondary and has the patience of a saint. She has little resentment and continues to love and support her brother endlessly. Our biggest domestic dispute is over sharing the spotify account.

# ROBBIE, born Nov 21 2014



Named after the church where his parents were married, Robbie was a peaceful, contentful baby and a mama's boy from day one. After his first birthday, he was beginning to exhibit behaviors of autism and was referred by our pediatrician to a wonderful neuropsychologist, Dr Laughlin, who diagnosed him in 2017. One of the greatest gifts as his mother is the incredible, vast network of specialists and providers who have won our hearts and taught us how to do life. He began ABA (applied behavior analysis) therapy in our home when he was only two and a half. This consists of behavioral therapists following him around and often provoking him up to 40 hours a week. He began public education at the age of three, and in 2019 switched ABA providers to InBloom. Day after day, he demonstrates his grace, patience, resilience and his brilliance as he thrives in a world that wasn't made for him. Robbie has struggled with extreme sensory aversions, struggles with crowds and has auditory sensitivities, dietary aversions, self-injurious behaviors like head-banging during periods of dysregulation, and incontinence issues. We have modified our home to adapt to his safety and sensory needs. We've only broken one bone (he removed the cast all by himself a few days later earning himself a much longer, more obtrusive cast), and we've had periods of being frequent fliers at Children's Hospital ER. At the current age of eight years old, he remains nonverbal and has established methods of communication with the few people closest to him to get his physical and emotional wants and needs met, and in 2019 Robbie received an AAC device (augmentative and alternative communication). Once Robbie's school speech pathologist, Lori Przybla, even traveled to Madison so she could train his entire team at Westlawn school, they are always going above and beyond for our kids. Robbie is an expert in all things animals, and new favorite hobby is to soak in mom and dad's new hot tub which now holds a kid friendly temp of 88 degrees. He is a fish and in general will joyfully swim in any body of water nearby. Robbie has perfect pitch and is constantly wow'ing us with his piano skills. He crushes hard on Sara Bareilles live piano videos, jams to Bob Marley &Led Zepplin, loves to make silly games up with his people and is generally a gift to anyone he meets.

*[handwritten annotations:]*
*8*
*judge didn't read prior to sentencing (if at all)*
*→ opens to current date on File! she wrote late 2020*
*Admitted @ sentencing hearing he had not reviewed*

**SUSAN DELLUTRI, LLC**

1661 N Water St, Suite 413
Milwaukee, WI 53202
www.SusanDellutri.com
SusanDellutri@SusanDellutri.com
414-207-4107

9/16/2023

Michael Hart
735 N Water Street, Suite 1212
Milwaukee, WI 53202

Re: Catherine (Katie) M Bloom

To whom it may concern,

My client, Catherine (Katie) M Bloom has signed the HIPAA compliant release, which I have attached for you, so that I can share my clinical experience and opinions of working with Katie since June 17, 2003.

I am a Wisconsin Licensed Clinical Social Worker (3177-123), Licensed Marriage and Family Therapist (430-124), Clinical Substance Abuse Counselor (2054-132), and American Association of Marriage and Family Therapist Approved Supervisor working in the field for just over thirty years. I have worked with Katie on and off for 18 years.

I began treating Katie 6/17/03 when she was 23 years old for Post Traumatic Stress Disorder over multiple independent, traumatic and difficult events including having been raped in high school and twice in college, biological and adopted family of origin issues, and circumstances surrounding the death of a close friend. She struggled with depression, anxiety, flashbacks, increased metabolic arousal, weight loss of 30 lbs, somatic distress, and behavioral efforts to avoid these highly charged thoughts and feelings. At that time she had used pot a couple times in her life and drank from time to time, reporting that she had drank more when she was in college. She did not make criteria for alcohol or other drug abuse or dependency at that time. Katie saw a doctor for antidepressant medication, followed treatment plans and did well working with her issues.

Katie returned to counseling 8/21/07 struggling with daily alcohol use, depression, anxiety, and mood swings. She met criteria for Alcohol dependence. We attempted outpatient treatment for her alcoholism but soon decided that she needed a higher level of care. She agreed to sign up for a 28 day inpatient alcohol treatment program. Upon her return from treatment, we worked on early recovery issues, developing her "program" to stay clean, and delved more deeply

9

into processing and healing her past traumas and family issues.  She gained in skill in working with her emotions, relationships, goals, and boundaries.  Her case was closed 1/14/09 noting that "the client did very well with inpatient AODA treatment, aftercare, weekly counseling, and AA."

September 23, 2013, the client returned to counseling having been clean and sober since her treatment in 2007.  She was married 1 year with a 4 month old baby and came in for issues around managing and juggling relationships, carrying mortgages, working, having a baby, and extended family.  On average, she came in 4-7 times a year always successfully using realizations and plans discovered in treatment to grow, manage, and create a her life and a good family environment.

Unfortunately, as time went on it became apparent that something was wrong with both of her children and she struggled to find anyone who could help her and her children.  Ultimately, both her children were diagnosed with autism, her son severe, and her daughter having the additional burden of a significant seizure disorder.  Initially devastated by the diagnosis, Katie was ultimately relieved that she could now find help.  She went to work to learn all she could about severe autism, treatment, and to create a safe home and community environment, all the while taking care of her children who need assistance 24/7.  The recommended treatment for both her children's autism included having a  provider shadowing them in her home for as much as 40 hours a week. This treatment is state of the art treatment for her children but an adjustment for her and her family to have two providers supporting and sometime provoking her children day in and day out, week after week.

Katie could no longer work, or socialize like most other mothers can from time to time.  Her husband works very hard to pay for the treatment, equipment, and the long term care that his children will require.  In my work with Katie, I saw her over and over again handle with grace and a positive attitude the newest complications like head banging, feces smearing, not sleeping, broken bones, and long lasting emotional outbursts at the smallest provocation of change, texture, sound, etc.  In many sessions, I processed with her the struggle, heartbreak, and feelings of abandonment around not getting help from family, friends, or sitters as most people didn't understand the pressure of non-stop 24/7 care or how to handle special needs children.   At times she could find respite in swapping a couple hours with other exhausted mothers of special needs children.

**App.1482**

In April of 2018, the client reported that she had used marijuana a couple times to reduce her stress level mid day or to sleep during the few hours her kids were not awake in the night.   She reported that her doctor prescribed for her Xanax, a highly addictive, powerful benzodiazepine tranquilizer, but they made her too drowsy to be vigilant of her special needs children's every move, juggle the children's therapy schedules, and just manage all the other things that a home and family require.  She came in wanting to discuss if this would threaten her sobriety from alcohol  since 2007.  This is not a behavior seen in a person having a relapse.  We discussed at length the potential risks, what to watch for, and created a plan that she could use to know that she was increasing in tolerance, frequency, denial, rationalization, and loss of control.   She came in, on her own, more frequently in 2018 to monitor her minimal, medicinal marijuana use.   On 10/10/18, we discussed her pot use again at length.  She reported using 1.5 ounces per month, never more, zero drug seeking feelings or behaviors, a reduction in her anxiety, getting her work done, being organized, and her mother and best friend were abreast of her use, etc.  The session ended with the client agreeing to cut back that week just to assure her was still medicinal.

She did not return to therapy until 2/27/20 when she came in to report that she could feel herself wanting more marijuana to deal with the great stress she was under so she had quit on 1/20/20.  We continued to meet about once a month around her stress in managing the kids, home, changing care givers, school possibilities, constant emergencies and medicals issues for herself and the kids, and no one being willing or able to help.  Although, she did not tell me that she had returned to marijuana use and learned how to reduce and then control the dose by using the marijuana infused coconut oil to make edibles, she continued exhibit use meditation, prayer, acceptance, connecting with other mothers of special needs kids, juggling, organizing, and growing.  She cut back on her son's therapy to find a way that the family could spend fun time together by going to a cabin.  Her functioning could be easily seen in what she was managing, organizing, creating, and how she was processing with me her realizations, pain, growth, and attitude.   In her last session before the event in question we spent time processing how she was able to figure out how to get her son through emergency dental surgery without an uncontrollable outburst and biting,  We highlighted her strength and skill.  She was able to see how life had prepared her for this. We also discussed how she could continue to give Molly the attachment and attention that she needs too.

**App.1483**

Since this event, Katie has returned to counseling every other week along with AA and meeting her sponsor. She has attended and worked in earnest in all of our sessions looking at how she got here, the effects of her behavior on her children and husband, guilt, fear, anxiety, and regret. She has especially struggled with the attachment trauma, fear, dysregulation, and regression that her children experienced being taken by CPS and the extended separation from her, and the impact that this could have on her husband's ability to provide for their children's lifetime. However, true to her form and history, she has also begun to see the silver lining, learn from the lessons, focus on gratitude, and surrender to her higher power and life. She has also gotten the attention of family members and is now receiving much appreciated support and respite.

After working with Katie for 18 years, I can tell you with certainty that Katie is a high functioning, attentive, present mother even under unusually demanding circumstances that will likely last her life time. I have walked the path with her and have witnessed her recovering from multiple traumas, complex relational trauma, and alcohol addiction. I have worked with countless addicts and drug dealers of all sorts over my 30 year career, and Katie's situation is not that. She does not have tell tail or subtle the signs, symptoms, or behaviors of a person actively addicted to marijuana or dealing. This is a devastating case of inaccurate projection of criminal intent onto an exhausted but high functioning mother and wife who carefully used marijuana medically to cope with an untenable situation.


Respectfully,



Susan Dellutri, LCSW, LMFT, CSAC

**App.1484**

*Judge didn't read prior to Sentencing (if at all) told us @ beginning of hearing*

12

Kelly Theodore, APNP
930 E. Knapp Street Suite 34
Milwaukee, WI 53202
414.671.9355
Tulayawellness@gmail.com

March 5, 2021

Attorney Michael Hart
735 N Water Street #1212
Milwaukee WI 53202

Dear Attorney Hart,

I am writing on behalf of my patient, Catherine Bloom, who I have seen for psychiatric medication management since October 2020. Prior to meeting with me, Ms. Bloom's psychotropic medication, citalopram, was managed by her Primary Care Physician. Ms. Bloom established care with me seeking help for severe anxiety symptoms. She has a history of severe sexual trauma that she continues to engage in therapy for. She has been treated with medications such as citalopram and Xanax however these were not fully effective. The Xanax was only utilized a few times as it significantly interfered with her ability to care for her children. It was at this point that she began utilizing marijuana to help treat her anxiety. The marijuana relieved her debilitating anxiety enough to attend to the 24/7 needs of her children without severely reducing her ability to function.

She sought treatment with me, a psychiatric nurse practitioner, with the hopes of initiating a medication regimen that would aid in treatment of her symptoms. I added quetiapine twice daily to help with anxiety and insomnia symptoms which has been very effective. During our therapeutic relationship, I have come to know Ms. Bloom as an extremely caring and dedicated mother. She has been honest in her engagement, she understands the gravity of her charges and has demonstrated sincere remorse for the choices that she has made. Ms. Bloom is a dedicated mother, who quit her job to help support the needs of her two young special needs children; one with severe non-verbal autism, manifested by head banging, safety awareness, sleep disruption, and feces smearing, and her other child who has seizures, emotional and cognitive delays because of a chromosomal abnormality.

Ms. Bloom's adherence to her medications, continued sobriety, regular psychotherapy, and AA meetings have been very effective in controlling her anxiety and panic. Her greatest fear is being separated from her children who she loves dearly, and is the primary caregiver for. Given their high needs it is very concerning how they would effectively cope given her absence, and dramatic change in structure.

Sincerely,

Kelly Theodore PMHNP-BC, FNP-BC

*13*

*Judge didn't read prior to Sentencing (if at all)*

December 30, 2020

To Whom it May Concern,

I am writing this letter as a character reference for Zach and Katie Bloom. I have worked for the Wisconsin Early Autism Project for 23 years. I have also worked for the county (DHS) as a respite care worker and daily living skills provider for about 20 years.

I have known Zach and Katie for approximately 4 years. I initially met them in a professional capacity. I was assigned to their son Robbie's treatment team as the Clinical Supervisor through Wisconsin Early Autism Project. Zach and Katie were very involved in Robbie's treatment. They always had input and worked with the entire team collaboratively. They were quick to purchase and gather needed materials and implement any behavior plans. I was later placed on their daughter Molly's team when she began services shortly after Robbie. Again, Zach and Katie were very involved in her treatment and followed through on all clinical recommendations made by the team. Zach and Katie have been some of the very best parents I have worked with, their level of involvement and follow through in their children's intensive behavioral therapy is top notch.

Robbie has moderate to severe autism and requires constant supervision. He has made many attempts to leave his home as he is unaware of danger. He is non-verbal and cannot communicate his needs and wants expressively. Katie and Zach have learned to read his non-verbal signals and respond to his unique non-verbal communication to meet his needs and wants. He will likely need support throughout his life span.

After Zach and Katie changed to In Bloom for their ABA provider, I maintained a relationship with their family as a respite provider and friend. I spent some weekends providing respite care for their children. They left extensive notes describing medications and routines for the children that were very helpful. They always provided plenty of supplies for their care and were easy to reach by phone for any questions. One thing that stood out to me during respite care was that when Zach and Katie would come home from their time away, they would immediately set their bags down on the floor and go right to their children and give them their undivided attention.

As a friend I have been in their home many times and observed them parenting and interacting with their children. Their abilities to care for and parent two children with special needs is nothing short of amazing. They both have incredible levels of patience and take care of their children's emotional and physical needs. I have brought my own children to their home and have left (two of whom have disabilities) them in their care without any concerns.

During both my professional and social visits to the family home I have never seen any evidence at all of drug use. I did not see any impairments in judgement or behavior at all. Never once did I feel the children were at any kind of risk while in the care of their parents.

Thank you for your time. I would be happy to provide further information via email or phone call.

Sincerely,

Sarah Parker
262-689-3122
Sarah.parker@wiautism.com

**App.1486**

14

M. Thea Showstack
29 Buena Vista Way
Hanover, Ma 02339

*Judge didn't
read prior to
sentencing (if
at all)*

March 30, 2021

Re: Catherine Dean Bloom

To Whom It May Concern:

I am writing in reference to Catherine ("Katie") Dean Bloom, a dear friend of mine for over thirty-six years. Katie and I grew up together and our families have always been close. Katie has consistently been a kind, selfless, and loyal friend. Growing up, she was a responsible student and a talented musician.

As we grew up and had families of our own, Katie and I remained connected and saw each other regularly, despite living far apart. It has been my honor to watch Katie become a wonderful mother. I have seen firsthand on multiple occasions the kind of dedication, patience, and focus that Katie brings to motherhood. Our families vacationed together in the summer of 2019, and it was inspiring to see Katie selflessly caring for her two young children.

Katie's children, Molly and Robbie, are so joyous and curious. They also have complex special needs and have diagnoses on the autism spectrum. Katie and her husband, Zach, have advocated tirelessly for their needs at school and in the community. Without a second thought, they have adapted their home to give Molly and Robbie extra sensory and therapeutic opportunities. Katie has seamlessly managed a team of therapists and care workers and has consistently demonstrated that her children come first.

In my career as a School Psychologist, I have worked with many families with children who have special needs. I've observed that Katie is both extremely competent and open to the advice of the specialists working with her children. In my professional opinion, consistency is of paramount importance to children with special needs, particularly those with autism spectrum disorder. Katie has always been her children's primary caregiver, anticipating their needs and helping them work toward meeting goals and acquiring new skills. When she has had to be away from her children for any length of time, it has had a devastating impact on both children, particularly Robbie. I humbly ask that you make this a primary focus of consideration in reaching your decisions pertaining to Katie's case.

Please do not hesitate to contact me if I can provide greater clarity.

Sincerely,

M. Thea Showstack

M. Thea Showstack, M.Ed., Ed.S.
Nationally Certified School Psychologist
(617) 359-0098
Theashowstack@hotmail.com

**App.1487**

*distributed throughout Neighborhood 2019 2020* 15

## Special Needs Child Alert
*updated June 2020*



### Robert (Robbie) Bloom

age: 5 years old (DOB Nov 2014)

weight: 42 lbs          height: 44 inches

light brown hair & green eyes

address: W73N397 Greystone Dr

MOM: Katie Bloom 414.839.4178

catherinembloom@gmail.com

DAD: Zach Bloom 414.861.7593

zacharyabloom@gmail.com

*took to CPD to meet w/past chief about this ~ 2019? He laughed & told us a story about a boy that got out of his house in PJ's in winter before parents knew he was gone.*

*How is this funny*

*Every day I worry Robbie could die this way*

### Hello Neighbors!

We are Zach & Katie Bloom. We live in Cedar Pointe on Greystone with our children Molly (7) and Robbie (5), both of whom are autistic. Robbie's autism is more severe, he remains mostly non-verbal, struggles with sensory issues and has little safety awareness. This means we need your help to keep him safe. He might wander away from our home and not know he's lost. Although he can hear & often understands you, he rarely responds to his name, verbal commands or questions. Robbie is also dangerously drawn to bodies of water although unable to swim, runs into the street without looking, and is a proficient climber & runner. He might walk into your home or yard if a door or gate is left open, or hide in a crawl space.

Both kids have been making incredible progress with their special education and therapies, but we need to be proactive since Robbie has a history of eloping and can be especially stealthy. We never allow him to play outside of our home or yard unattended - so if you see him wandering without an adult, we are likely frantically looking for him, and ask for your help with this. We also use a special GPS device, jiobit, but this is worn on his clothing and can lose battery or fall off.

### IF YOU SEE ROBBIE ALONE:

Please stay with him or keep him in your eyesight. Please call Katie/Zach immediately. His favorite things are trampolines, swings, bubbles, animal & helicopter figurines, sticks, music, and special treats like berries, pretzels, m&ms and skittles. He loves to be outside, and is afraid of dogs and loud noises. The best way to get and sustain his attention is by remaining in place and singing any childrens song - Old McDonald, twinkle twinkle little star, and the alphabet are favorites.

### THANK YOU SO MUCH!!

*letter given to Michael Hart 10/16/20    18*

*30 days into cps inv. Still hadn't contacted ped or ABA.*
*I was not reunified for over another month*

CPS

October 16, 2020

Dear Courtney, Anna, Carey and Lisa,

Mary, Eileen, Larry and Zach are writing to you today to provide an update on Molly and Robbie. We are very grateful and appreciative that you have given us the opportunity to nurture and care for both Molly and Robbie as well as help support the family during this difficult time. Every day is a welcome new adventure and we are all working very closely together to insure all of the children's needs are being met with the utmost care. In Robbie's case, we have been coordinating with the school (Westlawn in Cedarburg) and his ABA therapy provider (inBloom) to secure the best possible support and development plan in all of his environments, despite the challenges created as a result of the COVID-19 pandemic. As part of his modified IEP plan with the school, Robbie will start receiving custom tailored goal oriented on demand learning modules that can be accessed with his IPAD. He will also begin attending virtual large group morning meetings with the help of his teacher and an in-home ABA therapist. In Molly's case, we continue to nurture her love of music and art with frequent in home craft projects (including pumpkin painting) and piano and guitar play-a-longs with dad. In addition, we signed Molly up for swim lessons because she loves the water and we want to make sure she has the appropriate skills to be safe and still have fun. We all become very excited and heart filled with Molly's joy, especially when she wants to engage with us in play and games. Lastly, over the previous 3 weeks we have made sure that both Molly and Robbie are up to date with their respective annual medical check-ups and vaccines and have received good, healthy reports on both children from their pediatrician, Dr. Kevin Dahlman.

*they were current before arrest 9/17/20*

However, despite all of the good things that we think are going on in the home and with their care, we are all starting to witness some adverse behaviors in both Molly and Robbie. For example, Molly has started to express resistance to going to school (where before, school was the highlight of her day). She has also grown very clinging to caregivers and we have come to experience her emotional breakdowns more frequently when a caregiver transition occurs. Her behavior has also become more adversarial and frustrated in the presence of caregivers, which is heartbreaking as a father to witness because she has always been such a happy and wonderfully joyous person. Robbie has taken more frequently to his room by himself when he is not in therapy. It is equally heartbreaking when we interact with him in play and song and he responds by leading us to the door so that he can be by himself. We have also noticed he has reverted back to more regular head banging during the day in order to regulate himself and has even begun to cry "Mamama" when an unwelcomed transition occurs.

*RB had emergenc dental surgery 1 wk prior*

We have discussed our observations at length with each other and are all in agreement that in our opinion, the absence of their mother is starting to have a more real adverse impact on their well-being. In addition, we would all like to help in any way we can to insure both Molly and Robbie are not negatively impacted in this or any regard. We believe that a plan which includes Katie back in the home full time in the near future is ultimately best for the children. If you agree, we are more than willing to adhere to any additional accommodations you deem necessary for a new protective plan that includes Katie in the home because we truly believe it will be in the best interest of Molly and Robbie.

Thank you for your time and consideration,

Mary Gramza Faulds
Eileen Dean
Larry Dean
Zachary Bloom

**App.1489**

*Emailed to my atty Hart*
*10/31/20* — *despite feedback coming from within their own dept, did not reunify until late nov*

*19*

Honest w/police and CPS intake w/Anna

Dr Dahlman: "hope CPS resolves quickly, kids need to be with you" - provided CPS 9/21
- Seen throughout year w/typed updates of strengths, challenges, current goals

Kayla/ABA BCBA: my "presence vital to Robbie's progress" - provided CPS 9/21
- Full staff of mandated reporters in house 27.5 hrs/week

Carey Gremminger/CPS supervises visits: acknowledges my role as kids' primary caregiver esp w/Robbie's nonverbal status, we "are a machine"
"Clearly very capable, high-functioning parents"
"Sees two kids who need both parents"
"Would be returning soon after Zach"
"Sees no safety concerns and documents every family centered activity we do at each supervised visit"
*Acknowledges concerns of damage my prolonged absence is causing them, shared increase of self-injurious behaviors in my absence, headbanging saying "mama," increased aggression during therapy, new behavior of starting to choke himself week of Oct 19th, Molly regular wetting at school, separation anxiety behaviors from caregivers, and extreme mood fluctuations.*
*Carey "doesn't want what CPS is doing to cause more harm than initial situation"* "Initial situation" *was being ripped from family for something legal in 42 nation*

Lisa Dietrich/CPS ongoing caseworker: "very impressed with kids schedules" *used for medicinal purp*
"Sees no neglect, they are in every program they should be"
"Doing everything I should be in recovery"
"Wishes she could clone us"
"We are an anomaly"

*Knew couldn't act like hysterical mom begging for kids b/c of MJ, legal mess, mental health past*

Recovery: daily AA meetings
Step work with sponsor Tracy Q
Weekly sponsor family meetings via zoom
Ongoing therapy sessions w/Susan Dellutri - seen since 2006
Psych meds from NP Kelly Theodore - onset 10/8/2020, f/u scheduled 11/11/20
Spiritual counseling w/priest Father Kevin McManaman since 2011 and regular mass
ZB alanon and counseling

Oct 19th Atty Michael Hart s/w Rhonda re: urgency moving forward b/c of kids needs, increase of behaviors from stress of prolonged separation; moving forward w/ consent decree. Met with Lisa first time Oct 21, ZB met w/Lisa Oct 23. Lisa and Carey meeting w/their supervisor Oct 30th to discuss next steps

No use of anything besides OTC meds and current prescribed rx since Sept 18th - drug test w/Anna Sept 21, Oct 28 w/Carey

*Very measured + doc everything + mini's doc*

*20*

Current safety measures in place now:
- 24/7 family supervision by retired special ed teacher, doctor, psychotherapist overseeing Zach's parenting and all home activities
- Full staff of mandated reporters doing therapy 30 hrs/week
- Both kids in school w/IEPs
- Current w/dr and dental appointments, up to date w/vaccinations etc, well followed

Character References:
- Dr Dahlman: ped since birth
- OT Lindsey Johnson: Robs current OT 2020
- ABA Kayla: current BCBA, 3x/week 2020
- ABA Brady, ABA am shifts 2020
- ABA Kaitlyn, ABA aft shifts 2020
- ABA Liz, ABA eve shifts 2020
- Trinn Rigert, prof relationship since 2016-2020 both kids and 2020 summer respite w/Molly two mornings a week when off professional team 2020 aged out
- Sarah Parker, prior lead therapist w/WEAP, personal friend/respite provider 2019-2020
- Cheyenne Mullikin, prior therapist w/WEAP 2017-2018, friend 2019-2020
- Dani Yabuta, next door neighbor 2016-2020
- Kelly/Dan Jones, next door neighbor 2015-2020
- Thea Barnard, friend and school psych in Boston 1984-2020
- Mariah Goecke, friend 2017-2020
- John Kendall for Zach
- Al & Judi Ruppel, Katie's old boss, family friends & active in recovery efforts 2007-2020
- Doug McManus lifetime family friend

**App.1491**

21

**STATE OF WISCONSIN, CIRCUIT COURT,** __OZAUKEE__ _____ **COUNTY**

IN THE INTEREST OF

__OBERT Z. BLOOM__ _____
Name

__11/21/2014__ _____
Date of Birth

**Stipulation for Consent Decree
(In-Home Placement Only)**

Case No. __2020JC000021__

The parties stipulate and agree that the court may order ☒ a consent decree ☐ an amended consent decree placing the child/juvenile under supervision, consistent with these terms and conditions:

1. ☒ A.   The case shall be held open for _____ days/ _six (6)_ ____ months.
   *[Chapter 48, up to six months; Chapter 938, up to one year.]*
   ☐ B.   The consent decree shall be amended. The original expiration date is _____.

2.   Placement shall be in the child's/juvenile's home.

3.   The child/juvenile shall have no referrals to intake and/or violations of federal, state or local laws.

☐ 4.   Restitution.
   $ _____ *[Under age 14, $250 limit]*, payable to _____
   ☐ Payment terms _____
   ☐ Make repairs or provide services agreeable to the victim. *[Under age 14, 40 hour limit]*   ☐ See attached

☐ 5.   Community service/supervised work program. *[Under age 14, 40 hour limit]*
   Amount _____ hours   Terms _____

☐ 6.   Counseling. _____

☐ 7.   Other: *[Include payment for services under §§48.36, 938.36, 938.361, Wis. Stats.]*   ☐ See attached

8.   The court may extend this decree for an additional 6 months upon notice and motion. Unless an objection is made, no hearing will be held.

_____
Child/Juvenile

_____
Name Printed or Typed

_____
Address

_____
Email Address          Telephone Number

_____
Date          State Bar No. (if any)

*Court appointed GAL/counsel for 02 Co Prosecution ADA - Gross conflict of interest*

_Courtney L. Meyer_
Child's/Juvenile's Attorney/GAL

Courtney L. Meyer
Name Printed or Typed

P.O. Box 2, Cedarburg, WI 53012
Address

clmeyerlaw@gmail.com          262-421-5248
Email Address          Telephone Number

11/9/2020          1085885
Date          State Bar No. (if any)

_____
Parent 1

Catherine M. Bloom
Name Printed or Typed

W73 N397 Greystone Drive, Cedarburg, WI 53012
Address

_____
Email Address          Telephone Number

_____
Date          State Bar No. (if any)

_Zachary Bloom_
Parent 2

Zachary A. Bloom
Name Printed or Typed

W73 N397 Greystone Drive, Cedarburg, WI 53012
Address

_____
Email Address          Telephone Number

11/16/2020
Date          State Bar No. (if any)

JD-1784A, 11/19 Stipulation for Consent Decree (In-Home Placement Only)          §§48.32 and 938.32, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

**App.1492**

22

| Prosecuting Attorney | Case Worker |
|---|---|
| Rhonda K. Gorden | Lisa Dietrich |
| Name Printed or Typed | Name Printed or Typed |
| 1201 S. Spring Street, Port Washington, WI  53074 | 121 W. Main Street, Port Washington, WI  53074 |
| Address | Address |
| rgorden@co.ozaukee.wi.us        262-284-8300 | ldietrich@co.ozaukee.wi.us        262-284-8200 |
| Email Address        Telephone Number | Email Address        Telephone Number |
|         1024368 | |
| Date        State Bar No. (if any) | Date        State Bar No. (if any) |

**Notice:** During the period of this consent decree, the child/juvenile may object to its continuation and the hearing under which the child/juvenile was placed on supervision may be continued as if the consent decree had never been entered.

## CONDITIONS FOR CONSENT DECREE

1. Catherine and Zachary Bloom will demonstrate protective capacities by ensuring there are no illegal or dangerous substances in their home.  They will refrain from associating with people who are not law-abiding.  They will follow bail conditions.

2. Catherine and Zachary Bloom will demonstrate protective capacities by ensuring Molly and Robert's special needs are met.  They will ensure current service providers In Bloom (ABA), Rehab Resources and Westlawn Elementary School, continue to have necessary access to the children to address their special needs.  Catherine and Zachary will continue to follow recommendations and will use methods learned from service providers with the children to ensure their wellbeing and continued development.  In cases of Covid-19, they will be flexible with appointments and will follow Covid-19 restrictions.  They will maintain appointments with providers in a safe way.

3. Catherine Bloom will maintain absolute sobriety.  Catherine Bloom will attend AA meetings every day.  This schedule can be modified at the Department's discretion.  She will have a Sponsor and will remain in good standing with her Sponsor.

4. Catherine Bloom will attend individual therapy with Susan Dellutri, LMFT, LCSW, CASC no less than two times a month.  She will follow Ms. Dellutri's recommendations.

5. Catherine Bloom will meet consistently with Kelly Theodore, PMHNP at Tulaya Wellness for medication management.  She will only take medications that are prescribed to her and she will take them only as they are prescribed.  Catherine will follow recommendations made by Ms. Theodore.  Catherine will notify the Department of any medication changes.

6. Zachary Bloom will attend Al-Anon no less than three days a week.  This schedule can be modified at the Department's discretion.  He will have a Sponsor and will remain in good standing with his Sponsor.

7. Zachary Bloom will attend therapy with Tom J. Vanden Heuvel, SAP, LCSW, SAC, CEAP no less than two times a month.  He will follow recommendations made by Mr. Vanden Heuvel.

8. Catherine and Zachary Bloom will cooperate with the Department by allowing the Department access to their home when requested, meeting with the Department as requested, signing releases of information, submitting to drug screens requested by providers and the Department, and informing the Department of changes in employment, phone numbers, address and people residing in the home.

*[handwritten in left margin, rotated]* These are a *###* consequences of what I was doing before met Cath or CPS told me to.

JD-1784A, 11/19 Stipulation for Consent Decree (In-Home Placement Only)        §§48.32 and 938.32, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 2 of 2

**App.1493**

*23*



**DEPARTMENT OF HUMAN SERVICES**

Liza Drake, Director

May 18, 2021

Mr. and Mrs. Bloom
W73 N397 Graeystone Drive
Cedarburg, WI 53012

Dear Catherine and Zachary,

I am writing to let you know I have closed your case with the Department. You have successfully met all of the conditions in the Consent Decree filed on November 16, 2020. Both of you have been extremely cooperative and have been a pleasure to work with. I have found the information you have shared with me about different AA and Al-Anon groups to be extremely helpful. Your scheduling and use of therapy and supports has clearly been beneficial to you. I appreciate the efforts you have both made to improve your selves and your relationship. You are strong advocates for your children and have demonstrated parental protective capacities in regard to meeting their special needs and keeping them safe. The safety net you have established with your family to meet your needs and to care for your children is impressive. Keep up the awesome work!

Please feel free to contact me with questions in the future.

Sincerely,

*Lisa Dietrich*

Lisa Dietrich, MSW, CAPSW
Ongoing Social Worker

Administration Center – Fourth Floor, 121 W. Main Street, P. O. Box 994, Port Washington, WI 53074
TDD or Phone: (262) 284-8200   TDD or Metro: (262) 238-8200   Fax: (262) 284-8104  Metro Fax: (262) 238-8104

**App.1494**

  Gmail

Katie Bloom <catherinembloom@gmail.com>

**for what its worth**

2 messages

Katie Bloom <catherinembloom@gmail.com>                                  Tue, Dec 22, 2020 at 9:04 AM
To: Lisa Dietrich <ldietrich@co.ozaukee.wi.us>, Carey Gremminger <cgremminger@co.ozaukee.wi.us>, Samantha Asselin
<sasselin@co.ozaukee.wi.us>, "Dahlman, Kevin" <Kevin.Dahlman@aah.org>

Good morning,

An article has surfaced online about Robbie's ABA therapist, Brady.

https://www.washingtoncountyinsider.com/possession-child-porn/

This article indicates that the Sheriff's Office received their tip on Brady from a credible source (Wisconsin Department of Justice) in
early October. This is two months before Brady was arrested and his employer and clients were notified of his activities. It concerns me
greatly that the authorities had this information for this length of time while Brady had unsupervised access to our nonverbal son. I
understand that an investigation needs to be developed before formal charges are filed. However during our investigation of my pot
use which I was using medicinally to juggle the extensive 24/7 kids care needs, I was not allowed in my home and my kids were
withheld from their primary caregiver while Robbie slammed his head into the wall and cried out for me every night. Concurrently, while
an investigation is being developed on a pedophile, he is continually given unrestricted access to someone in the same victim range
with no one watching, and Robbie is completely incapable of reporting inappropriate behavior. As a sexual abuse survivor who was
raped by three different people I knew and trusted, it is horrifying to me that the authorities were aware of this and he was continued to
be allowed in our home alone with Robbie. Its all said and done now, but I think this issue needs to be addressed in the system
somehow to prevent further damage to other innocent children.

Thanks,
Katie Bloom

Lisa Dietrich <ldietrich@co.ozaukee.wi.us>                                  Tue, Dec 22, 2020 at 9:02 AM
To: Katie Bloom <catherinembloom@gmail.com>

Thank you for sharing this.

Lisa Dietrich, MSW, CAPSW

Social Worker II

Ozaukee County Department of Human Services

121 West Main Street

P.O. Box 994

Port Washington, WI 53074

262-284-8233



CONFIDENTIAL NOTICE* This electronic mail message and any files transmitted with it are confidential and are intended for the sole use of the individual or entity to whom they are
addressed. Dissemination, forwarding, printing, or copying of this electronic mail without the consent of the sender is strictly prohibited. If you are not the intended recipient, be advised that you
have received this electronic mail in error; please immediately notify the sender by return mail or telephone.

*25*

 Gmail

Katie Bloom <catherinembloom@gmail.com>

E___ investigation 2020
3 messages

**Katie Bloom** <catherinembloom@gmail.com>                                    Wed, Sep 27, 2023 at 8:55 AM
To: Ashley Edwards <Ashley.Edwards@washcowisco.gov>
Cc: "Michael F. Hart" <mfhart@hartpowell.com>, cmast@cmrc-law.com, "Rebecca Coffee, M&C Law" <rcoffee@cmrc-law.com>

Good morning, Ashley!

I hope you are well. I was wondering if you would have time to meet with me briefly in the next few weeks, I have a couple questions about the timeline of Brady's investigation and the time he was in our home. We have pretty extensive documentation of concerning behaviors the kids were exhibiting from that timeframe in the home, at therapy, and at school because of the legal charges that were pending for us and I was just wondering if you would have time so I could share it with you. Our lawyers are reviewing it now but that is moreso for the concerns on the Oz Co DHS side but a little clarification from you would be super helpful as we sort this out.

Thank you for your help!!
Katie

**Ashley Edwards** <Ashley.Edwards@washcowisco.gov>                              Thu, Sep 28, 2023 at 8:52 AM
To: Katie Bloom <catherinembloom@gmail.com>

Good Morning Katie!

I hope you are well. I just wanted to let you know that all of the Sheriff's Office reports are available for open ___ords requests. If you would like them you can contact Kim Becker at 262-335-6815; Brady's case # is 20-37838. I have been incredibly busy as I just came back from 2 weeks of training that ended last week and today is my last day before vacation. If there is something specific that I can answer for you I would be happy to do so. Please let me know.

Thanks,
Ashley

  

**ASHLEY EDWARDS #422**
**Detective**
Email: ashley.edwards@washcowisco.gov
Desk Phone: (262) 335-4407
Fax: (262) 365-6561
Washington County Sheriff's Office
___ Rolfs Ave.
West Bend, WI 53090
🐦 📘 📷 ▶️ @WashcoWisco
DISCOVER.  CONNECT.  PROSPER.

App.1496

2 ₡

 Gmail

**Katie Bloom <catherinembloom@gmail.com>**

---

**E  om meeting**
3 messages

---

**Katie Bloom <catherinembloom@gmail.com>**
To: rfitting@cityofcedarburg.wi.gov
Cc: Ashley Edwards <Ashley.Edwards@washcowisco.gov>

Wed, Sep 27, 2023 at 5:04 PM

Hello Capt Fitting!

Happy third anniversary! j/k Thank you again for your personal kindness and professionalism during our unfavorable meeting in 2020 when I had all that weed in my house and the way I packaged it in single servings for micro dosing my PTSD history made it look like I was Nancy Botwin selling to Cedar Pointe and the PTA. Again, I feel that entire situation was divine intervention because so, so much good has come from it. The kids are happy and thriving. Thank God. Estranged family relationships were repaired, my marriage is strong as a rock. Thank God. My husband is a saint. We found an incredible respite provider who is my right hand and incredibly patient. Every faculty member at Westlawn and their entire medical team are all angels and our children have made incredible strides in the last year, especially. We are incredibly lucky and very grateful for the resources we have. I hope you are well. I have enjoyed completing my sentence and having that chapter of our lives behind us.

I was actually wondering if you would have time for a brief meeting with me. Lisa Dietrich closed our CPS case with a letter of recommendation in May 2021 and I have some questions about the timeline and protocol of the CPS investigation while I was withheld from the kids for 66 days as their primary caregiver. I'm not sure if you were ever made aware of this, but unfortunately at the same time, one of Robbie's ABA therapists, Brady Wycklendt, was being investigated by the Washington County Sheriff's dept on 4 tips from WI DOJ they received in October 2020. He was ultimately arrested early Dec 2020 on 20 counts of child porn and some drug charges. With the recent third anniversary of Zach and my arrests, I was up the other night reviewing documentation from these events in 2020-2021, much of which I haven't thought about since. We have thorough documentation from the family in our home caring for Molly and Robbie in my absence, the school, and the therapists which we sent to CPS and the attorneys about concerning behaviors of trauma both children were exhibiting at that same time frame asking them to expedite our reunification but
    would not. I do not even think they called their ABA provider, who had mandated reporters in our home for 30 hours a week for essentially the same time my parenting was in question it was supervised. Of additional concern to me, is the fact that the GAL assigned to protect the kids is married to an Ozaukee County ADA/prosecutor which seems to be a gross professional conflict of interest. I do not believe she ever conducted an investigation either. I discussed my concerns with our family attorney Margaret Hickey who referred me the head of DCF, our criminal attorneys, and also my community liaison which appears to be you, is that correct? Zach and I have no bandwidth whatsoever for legal action that's not my angle, I'm just looking for information for my files as we continually teach Molly and Robbie right from wrong, and someday (hopefully when they are much older), will need to explain why mommy is a felon. I would like to be able to answer questions I'm sure they have about why I was gone for so long.

If so, please let me know when you might be available for a meeting. No rush.

I have also cc'ed Washington County Sheriff Ashley Edwards, whom I met at Brady's hearing July 2023 and also after to try to help identify some additional potential victims. She is a GEM of a human being. I emailed her this morning as well because we are also unsure of when it became known that Brady was working with kids, Robbie in particular since he's nonverbal and can't report inappropriate behavior, but also Molly because she is in his victim range.

Thank you so much for your time and help as we try to fill in the gaps for their medical record.

Katie Bloom

---

**City of Cedarburg - Ryan Fitting <rfitting@cityofcedarburg.wi.gov>**
To: Katie Bloom <catherinembloom@gmail.com>

Thu, Sep 28, 2023 at 8:53 AM

Katie,

  .nk you for the email. I'm glad everyone is back together and thriving!

*27*

As for the meeting. I'm a little confused as to what will be discussed. Correct me if I'm wrong, but you think that the caregiver, Brady Wycklendt, potentially victimized your children? It also sounds like you reported this to CPS but because the GAL is married to an ADA an investigation wasn't completed?


is is correct, please confirm and we can go from there.



Ryan Fitting

Administrative Captain

Cedarburg Police Department

W75N444 Wauwatosa Rd

Cedarburg, WI 53012

262-375-7620-ph

262-375-7624-fax

[Quoted text hidden]

---

**Katie Bloom** <catherinembloom@gmail.com>                           Thu, Sep 28, 2023 at 4:33 PM
To: City of Cedarburg - Ryan Fitting <rfitting@cityofcedarburg.wi.gov>

Thank you for getting back to me and for your clarifying questions. No, not that, moreso just looking for some sort of personal closure on the issues of how my kids' care and treatment was handled. But I have since talked with my husband again and am ~ alizing that for now, we might not have the energy to go further at this time. I appreciate your willingness to listen, all you have e for my family and I, and how you have handled this.

Thanks again,
Katie
[Quoted text hidden]

28

# Washington County man charged with multiple counts of possession of child porn | By Lieutenant Tim Kemps

By  **Judy Steffes DECEMBER 18, 2020**

👁 10717

*Robbie's ABA therapist in our home every weekday morning until Dec 2020. Per his criminal trial, images/ files of concern collected May-Sept 2020 while w/ Robbie every morning*

**December 18, 2020 – Washington Co., WI – Brady J Wycklendt, 33, has been in Washington County Circuit Court with 15 counts of possession of child pornography as well as several drug charges.**

*3 hours - Robbie unable to report signs/ inappropriate behaviors. I was not allowed in home for essentially same time period on pot charges. Robbie + Molly both exhibiting behaviors of trauma very well documented by home, school + ABA Sept 2020 - Sept 2021*



He was arrested on the morning of December 9th by Washington County Sheriff's investigators after a search warrant was executed at his Town of Polk residence. Numerous electronic devices, a marijuana grow operation and a small number of prescription pills were seized during the raid.

This case originated from a cyber-tip that the Washington County Sheriff's Office received from the Wisconsin Department of Justice in early October. The images in question involved young children being sexually assaulted by adult-aged men.

W̶ do not believe that the victims are known by Wycklendt. Wycklendt told investigators that he̶ d searched for child pornography in the past as a mea . . .
investigation into child pornography. He never reported an
enforcement.

**App.1499**

The Washington County Sheriff's Office Detective Bureau is an active member of the Internet Crimes against Children Task Force. The Internet Crimes against Children Task Force Program (ICAC) helps state and local law enforcement agencies develop an effective response to technology-facilitated child sexual exploitation and Internet crimes against children.

support encompasses forensic and investigative components, training and technical assistance, victim services, prevention, and community education. Washington County Sheriff Martin Schulteis said, "I am appreciative of law enforcement partnerships like this, which allow us to collaborate as a law enforcement community and bring predators like this justice." The investigation revealed Wycklendt works closely with young autistic children as a behavior therapist. This is of major concern for the sheriff's office and the community.

The children he worked with can be vulnerable and are in the same age group as the victims in the images that Wycklendt has been charged with. At this time, we have no indication that any of his clients were victimized. We have been working closely with his former employers to inform families that have worked with Wycklendt. Even though formal charges were filed, the investigation remains open.

Wycklendt's bail does not allow him to have any unsupervised contact with minors or internet access. Any former clients of Wycklendt who have information or concerns can contact the Washington County Sheriff's Office Detective Bureau at (262) 335-4846 or email Investigator Ashley Glamann at Ashley.glamann@washcowisco.gov.

*Handwritten annotations:*

29

Met w/ Det Edwards @ her req 1/2023 to help try to identify add'l victims - images she was never allowed to show in court b/c although horrifying + upsetting "they were not illegal"

→ now Det Ashley Edwards (married)

WI , DOJ
rec'd tips on Brady Oct 2020. During his investigation, he was allowed unlimited access to nonverbal son unable to report inappropriate behavior while primary caregiver was withheld from him on weed charges for almost the same amount of time at the same time. He was not arrested + removed from our home until Dec 2020

- disabled potential victim still given access for almost 2 months
WTF

AA log of internet mtgs during covid - shared w/CPS so they could share with other clients/ parents who couldn't get to meetings

| Sundays | | | | |
|---|---|---|---|---|
| As Bill Sees It | 6am | Day Openers Group<br>Wallingford, CT | Mtg: 519-010-213<br>p/w: stay | |
| | 8am | Early Risers Grp<br>Madison | Mtg: 592-202-3864<br>p/w: 986396 | |
| | 8am | New Day Club Topic | Mtg: 945-643-612<br>p/w: (aazoomhelp@gmail.com) | |
| | 10am | 24 Hr Club<br>134 Serenity Seekers | Mtg: 645-879-121<br>p/w: | |
| | 10am | Milwaukee Gp<br>Open Speaker | Mtg: 897-469-7046<br>p/w: 0 | |
| | 11am | Morning After Grp<br>Madison | Mtg: 959-036-223<br>p/w: 311337 | |
| | 11am | Renegade Women's Mtg<br>Madison | Mtg: 775-302-5441<br>149360 | |
| | 11am | Solutio...<br>Big Bo... | 278-1282-059<br>5151 | |
| Open Discussion | 12pm | Atlanta... | ...-4656-7484<br>...011 | |
| | 1pm | Favorite F...<br>Fort Myers | ...601-2832<br>...m | |
| AA Stories & Shares | 1:30pm | Spirit of the... | ...772-540-4263<br>p/w: 123123 | |
| Tradition Study | 2pm | New Horizons Group | Mtg: 914-633-670<br>p/w: 164164 | |
| | 3pm | Not a Glum Lot Grp (open)<br>Madison | Mtg: 510-212-268<br>p/w: 606042 | |
| | 3:30pm | Ladies Speaker Mtg<br>Fort Myers | Mtg: 957-0260-6710<br>p/w: none per app | |
| | 4:30pm | Sunday Night Promises<br>Fort Myers | Mtg: 827-7404-8527<br>p/w: promises | |
| | 5:00pm | The Grapevine Group<br>Bloomington, IL | Mtg: 836-0486-5368<br>p/w: 061035 | |
| | 5:30pm | By the Book Group<br>Madison | Mtg: 508-237-365<br>p/w: bythebook | |
| BB pp 170-559 | 6pm | Beginners Book Study | www.beginnersbookstudymeeting.org | |
| June | 7pm | Sunday Night Surrender | Mtg: 596-194-781 | |

P. 1 of 11 Shared

Rescheduling of Marijuana                    1                    Docket No. DEA-1362

Drug Enforcement Administration,
Attn: Administrator,
8701 Morrissette Drive, Springfield, VA 22152,

Dear DEA Administrator,

As instructed per Federal Register notice # (DEA-Docket #1362) I am giving the required written notice of my intention to participate, for review by the agency, in the upcoming hearing concerning the rescheduling of marijuana tentatively scheduled for Dec. 2, 2024.

(1) State with particularity the interest of the person in the proceeding;

I wish to be heard at the rescheduling hearing because I bring a unique set of experiences which includes being a former pharmaceutical chemist, a forensic chemist, business owner & DEA-registrant who has been impacted by neighboring marijuana businesses and recognizes the additional impact the marijuana industry has on my location, state, and across the country through my experiences.

(2) State with particularity the objections or issues concerning which the person desires to be heard; and

The marijuana industry has long known that the creation of "CBD and hemp" industries provides a ready supply of bulk CBD which is easily converted into THC without the greater public's knowledge of these facile processes. This lack of awareness has thwarted unwanted attention by members of the public to the marijuana industry.

The drafting of marijuana legislation with expedited timelines and creative loopholes has resulted in governments not being able to finalize regulations within such short time periods thus invoking wording that allows a much longer timeframe before regulations can take effect.

The filing and granting of multiple expedited marijuana processing patents, based on known illicit extraction/recovery procedures, that should not have been eligible for patent protection due to the federally-controlled, illicit nature of Marijuana.

The continuous, indiscriminate advertising of marijuana businesses in a major grocery store chain exposing and enticing minors to visit and "save" on the purchase of marijuana related products.

The blocking of nearby business access from marijuana-related trash dumped on multiple occasions to block another business's front door access. The dumping of marijuana-related trash in a business-park parking lot and the dumping of processed marijuana into another business's dumpster.

App.1502

Contaminating and abandoning commercial buildings after the cultivation or sale of marijuana and related products leading to run down areas that are hazardous and less appealing to attract legitimate businesses to the area. The death of an attended child through a self-inflicted gunshot wound while one parent, the gun owner, was inside purchasing marijuana and other parent was inside the same vehicle in the dispensary parking lot.

The illicit cultivation of marijuana in three large fields on BLM and national forest land resulting in the contamination of the land with trash and chemicals, illegal logging of the hundreds of trees to make room for the marijuana grows and the resulting deaths, via plane crash, of two investigators following up and looking for additional grow sites in the national forest related to this single marijuana operation. Attempts by the marijuana industry to use "marijuana patients" as expert medical witnesses at trial. The tactic of obtaining affidavits from additional people claimed as "caregivers" to cover the net amount of marijuana seized in medical marijuana cases after the release of the forensic laboratory's case reports.

The storage of bulk marijuana and issues with the evidence deteriorating while in storage adversely affecting eventual scientific examination and causing THC and mold exposure for local agency personnel who are responsible for storing large quantities of marijuana.

The closing and relocation of a United States Post Office due to the continuous odor and contamination from a marijuana business next door.

The creation, due to the interest in marijuana use, of a separation illicit category of drugs, synthetic cannabinoids "spice drugs" and its evolution from 2009 to the rest of the country resulting in hospitalizations, deaths, and impacts on society.

Additional marijuana-industry problems associated with accidental poisonings of minors, the shooting of a minor by a marijuana grower defending their crops, repeated problems associated with stated potency levels on edible products or the lack of warnings on the products that contain THC have resulted in multiple overdoses. Additionally, the regular workplace now has to contend with THC levels in workers and at what level does it constitute impairment? The new associated costs to employers with the added burden such as determining whether someone is fit to work if long-lasting, marijuana related compounds are found in their system and the liability associated with letting people testing positive back to work. These problems all originate from a pseudo-legitimate, state-level marijuana industry whose tactics and problems are expanding to many states. The marijuana industry adversely affects people and society in many ways that are not often initially anticipated. Marijuana and its associated industries are far more reaching and negatively impactful to society compared to the controlled substances found in schedule III.

Rescheduling of Marijuana                    3                    Docket No. DEA-1362

(3) State briefly the position of the person regarding the objections or issues.

I object to the reclassification of marijuana from a schedule I down to a schedule III controlled substance, including any marijuana-derived products. I am prepared to present evidence to supports the facts stated above and to assist by participating in the hearing.

All notices to be sent pursuant to this appearance should be addressed to:

Tim McKibben
770 Wooten Rd, Unit #101
Colorado Springs, CO.
80915

Respectfully yours,

Tim McKibben

**App.1504**



## Because We C.A.R.E

**Notice of intention to participate for review by the Agency**
**Docket No. DEA-1362**

TO: Drug Enforcement Administration, Attn: Administrator
FROM: Shanetha Lewis, Veterans Initiative 22, Executive DIrector
DATE: 09/29/2024
Docket No. DEA-1362

nprm@dea.gov

Drug Enforcement Administration, Attn: Hearing Clerk/OALJ

Subject: Notice of Appearance

Dear Sir:

Please take notice that _Shanetha Lewis will appear in the matter of:  **Docket No. DEA-1362**

(A) (State with particularity the interest of the person in the proceeding.)

My name is Shanetha Marable Lewis, I hold a Master's degree in Medical Cannabis Science and Therapeutics from the University of Maryland School of Pharmacy. I am a proud disabled Army combat veteran, spouse of a 20 year retired disabled Army combat veteran, and I am also the Executive Director of Veterans Initiative 22.

(B) (State with particularity the objections or issues, if any, concerning which the person desires to be heard.)

I am writing to express my strong support for rescheduling cannabis from Schedule I to Schedule III under the Controlled Substances Act. I am here today representing my organization and to advocate for myself and our heroes at home, we are a population that is adversely affected or aggrieved by this subsequent ruling. We are also a population that overwhelming supports medical cannabis and a population that is disproportionately effected by PTSD, Suicide, and Mental Health issues. As a veteran, wife of a veteran, Executive Director of a veteran centric Non-Profit, and an educated cannabis professional I believe this change is crucial, particularly for the well-being of our nation's veterans.

**App.1505**



## <u>Because We C.A.R.E</u>

(C) (State briefly the position of the person with regard to the particular objections or issues.)

Rescheduling cannabis to Schedule III would:

1. Facilitate much-needed research into cannabis's therapeutic potential, especially for conditions prevalent among veterans such as PTSD, chronic pain, and anxiety disorders.

2. Improve veterans' access to alternative treatment options, potentially reducing reliance on opioids and other medications with severe side effects.

3. Align federal policy more closely with the growing body of scientific evidence supporting cannabis's medical applications and the 38 states that have legalized medical cannabis use.

4. Reduce legal barriers for veterans who choose to use medical cannabis in states where it's legal, eliminating the risk of losing VA benefits.

All notices to be sent pursuant to this appearance should be addressed to:

Shanetha Lewis

info@veteransinitiative22.com (preferred contact method)

Address:

16517 Sylvan Dr.

Bowie, Md 20715


Respectfully yours,

Shanetha Lewis, MS MCST
Veterans Initiative 22
Executive Director
304-322-6384
info@vetransinitiative22.com

**App.1506**



<u>Because We C.A.R.E</u>

Official Letter and Position:

     Veterans Initiative 22 is a 501(c)(3) non-profit organization that focuses on helping Veterans, Family and First Responders by providing resources, employment opportunities, and continuously advocating for rights and access to affordable cannabis and Veteran rights. VI 22 was named as such after the estimated 22 Veterans who commit suicide daily due to PTSD, and it is our organization's goal to bring national awareness to this tragedy, while also working to improve the lives of Veterans across the country.

Please note our strong **support** for this rescheduling of cannabis from Schedule I to Schedule III For the following reasons:

     My name is Shanetha Marable Lewis, I hold a Master's degree in Medical Cannabis Science and Therapeutics from the University of Maryland School of Pharmacy. I am a proud disabled Army combat veteran, spouse of a 20 year retired disabled Army combat veteran, and I am also the Executive Director of Veterans Initiative 22.  I am writing to express my strong support for rescheduling cannabis from Schedule I to Schedule III under the Controlled Substances Act. I am here today representing my organization and to advocate for myself and our heroes at home. We are a population that is adversely affected or aggrieved by this subsequent ruling. We are also a population that overwhelming supports medical cannabis and a population that is disproportionately effected by PTSD, Suicide, and Mental Health issues. As a veteran, wife of a veteran, Executive Director of a veteran centric Non-Profit, and an educated cannabis professional I believe this change is crucial, particularly for the well-being of our nation's veterans.

     Researchers found that PTSD sufferers who used cannabis not only saw greater reductions in their PTSD symptoms, but they were 2.57 times more likely to recover from PTSD during the study than those who weren't using cannabis.

     The VA estimates roughly 15% of Vietnam veterans currently suffer from PTSD, but as many as 30% have experienced PTSD at some point in their lives. About 12% of Desert Storm veterans experience PTSD, and between 11% to 20% of War on Terror (Operation Iraqi Freedom and Operation Enduring Freedom) veterans suffer from the disorder. 83% percent of veteran households surveyed indicated that they believe the federal government should legalize medical cannabis nationwide, and 82% indicated that they would want to have medical cannabis as a federally-legal treatment option, the survey says. 93% of caregivers  and 92% of veteran households support research into the efficacy of medical cannabis for mental and physical conditions.

**App.1507**



## Because We C.A.R.E

Rescheduling cannabis to Schedule III would:

1. Facilitate much-needed research into cannabis's therapeutic potential, especially for conditions prevalent among veterans such as PTSD, chronic pain, and anxiety disorders.

2. Improve veterans' access to alternative treatment options, potentially reducing reliance on opioids and other medications with severe side effects.

3. Align federal policy more closely with the growing body of scientific evidence supporting cannabis's medical applications and the 38 states that have legalized medical cannabis use.

4. Reduce legal barriers for veterans who choose to use medical cannabis in states where it's legal, eliminating the risk of losing VA benefits.

The federal government has made a promise to every veteran to provide the best care possible. How are our veterans being cared for properly if they must choose between their economic health and their mental and or biological health?

As is evident by the studies aforementioned, many veterans report significant improvements in their quality of life and symptom management with medical cannabis use. Rescheduling would validate their experiences and open doors for more comprehensive studies to optimize treatment protocols. I urge the DEA to consider the mounting scientific evidence, the potential benefits for our veterans, and the changing landscape of public opinion and state laws. Rescheduling cannabis to Schedule III is a necessary step towards a more evidence-based and compassionate approach to drug policy. Thank you for your consideration of this important matter and  for your time in reading my testimony and your consideration of the Veterans Initiative 22 organization's official position on rescheduling. Cannabis is medicine and unrestricted affordable access to cannabis improves and saves lives!


Thank You,

Shanetha Lewis, MS MCST
Veterans Initiative 22
Executive Director
304-322-6384
info@vetransinitiative22.com



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Aubree Adams
Director
Every Brain Matters
aubree@everybrainmatters.org

Dear Ms. Aubree Adams,

    This is in response to your request for a hearing dated June 13, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

    To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

    To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

    Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:52:11 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1509**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*


Bryn Spejcher, Au.D., CCC-A, F-AAA
217 Edgebrook Drive
Bloomingdale, IL 60108
BSpejcher12@gmail.com

Dear Mr. Bryn Spejcher,

     This is in response to your request for a hearing dated June 17, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

     To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

     To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

         Sincerely,

MATTHEW
STRAIT
Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:48:49 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division


**App.1510**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Darwin Richardson
Benuvia Operations, LLC
3950 N. Mays St.
Round Rock, TX 78665
Drichardson@benuvia.com

Dear Mr. Darwin Richardson,

      This is in response to your request for a hearing dated June 13, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

      To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

      To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

        Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:47:54 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1511**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

David B. Rausch
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216

Dear Mr. David B. Rausch,

This is in response to your request for a hearing dated June 19, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule.  21 CFR 1300.01(b).  Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments.  Any electronic response should be sent to *nprm@dea.gov*.  Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152.  Any response must be received or postmarked on or before September 30, 2024.

Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:47:03 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1512**



**U. S. Department of Justice**
Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Drug Enforcement Association of Federal Narcotics Agents
Marshall Fisher, President
marshallfisher@rocketmail.com
P.O.Box 2801
Ashburn, VA 20146

Dear Mr. Marshall Fisher,

This is in response to your request for a hearing dated June 18, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:42:30 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1513**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Heidi Anderson-Swan
736 Gould Ave #6
Hermosa Beach, CA 90254

Dear Ms. Heidi Anderson-Swan,

     This is in response to your request for a hearing dated June 15, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

     To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

     To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

                Sincerely,

                MATTHEW STRAIT
                Digitally signed by MATTHEW STRAIT
                Date: 2024.09.10 15:56:26 -04'00'

                Matthew Strait
                Deputy Assistant Administrator
                Diversion Control Division

**App.1514**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Khursid Khoja
c/o Greenbridge Corporate Counsel, P.C.
500 Capitol Mall, Suite 2350
Sacramento, CA 95814

Dear Mr. Khursid Khoja,

This is in response to your request for a hearing dated June 4, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

Sincerely,

MATTHEW
STRAIT
Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:41:13 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1515**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Lori Robinson, M.S., R.D.
Moms Strong
638 Lindero Canyon Rd, #403
Oak Park, CA 91377

Dear Ms. Lori Robinson,

This is in response to your request for a hearing dated June 20, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:36:45 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1516**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Michael Rountree, CPA, MBT
300 S. El Camino Real, Suite 206
San Clemente, CA 92672

Dear Mr. Michael Rountree,

    This is in response to your request for a hearing dated June 22, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

    To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

    To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

                             Sincerely,

MATTHEW STRAIT
Digitally signed by MATTHEW STRAIT
Date: 2024.09.10 15:38:14 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1517**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Minority Cannabis Business Association
ATTN: Mike Lomuto
1300 I St, NW, Ste 400 E.
Washington, D.C. 20005

Dear Mr. Mike Lomuto,

  This is in response to your request for a hearing dated June 19, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

  To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

  To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

          Sincerely,

          MATTHEW STRAIT
          Digitally signed by MATTHEW STRAIT
          Date: 2024.09.10 15:39:14 -04'00'

          Matthew Strait
          Deputy Assistant Administrator
          Diversion Control Division

**App.1518**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Phillip Drum, PharmD
789 Condor Drive
Martinez, CA 94553
phillipdrum@comcast.net

Dear Mr. Phillip Drum,

    This is in response to your request for a hearing dated June 19, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

    To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

    To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

    Sincerely,

MATTHEW
STRAIT
Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
15:37:30 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1519**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Igor Grant, M.D.
Center for Medical Cannabis Research
220 Dickerson Street, Suite B
San Diego, CA 92103

Dear Dr. Igor Grant,

This is in response to your request for a hearing dated July 19, 2024, to the Drug Enforcement Administration (DEA) on the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).

To determine whether you are an "interested person," as that term is defined in DEA's regulations, DEA is requesting that you provide additional information establishing that you are a "person adversely affected or aggrieved by" the proposed rule. 21 CFR 1300.01(b). Further, because the purpose of the hearing is to receive factual evidence and expert opinion regarding whether marijuana should be transferred to schedule III of the list of controlled substances, *see* 21 CFR 1308.42, DEA is also requesting that you provide additional information describing the relevant evidence on a material issue of fact you intend to present during the hearing.

To ensure proper handling of your response, please reference "Docket No. DEA–1362" on all correspondence, including any attachments. Any electronic response should be sent to *nprm@dea.gov*. Any paper response sent via regular or express mail should be sent to Drug Enforcement Administration, Attn: Administrator, 8701 Morrissette Drive, Springfield, Virginia 22152. Any response must be received or postmarked on or before September 30, 2024.

Sincerely,

MATTHEW
STRAIT

Digitally signed by
MATTHEW STRAIT
Date: 2024.09.10
16:00:36 -04'00'

Matthew Strait
Deputy Assistant Administrator
Diversion Control Division

**App.1520**



**U.S. Department of Justice**
Drug Enforcement Administration

_Office of the Administrator_                                    _Springfield, VA 22152_

October 28, 2024

American Academy of Hospice and Palliative Medicine
Chad Kollas
8735 W Higgins Road, Suite 300,
Chicago, IL 60631

Dear Mr. Kollas,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. _See Schedules of Controlled Substances: Rescheduling of Marijuana_, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1521



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

American Academy of Hospice and Palliative Medicine
Chad Kollas
8735 W Higgins Road, Suite 300,
Chicago, IL 60631

Dear Mr. Kollas,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

     The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Saint Michael's College
Ari Kirshenbaum
409 Colby Hill, Lincoln,
Vermont, 05443

Dear Mr. Kirshenbaum,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1523**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                        *Springfield, VA  22152*

October 28, 2024

Aubree Adams
19011 N. Elizabeth Street,
Pueblo, CO 81003

Dear Ms. Adams,

　　　　This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

　　　　Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

　　　　However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　Anne Milgram
　　　　　　　　　　　　　　　　　　Administrator

**App.1524**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

BayMedica, LLC
Khurshid Khoja
500 Capitol Mall, Suite 2350,
Sacramento, CA 95814

Dear Mr. Khoja,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

**App.1525**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Dr. Bryn Spejcher
217 Edgebrook Dr.
Bloomingdale, IL 60108

Dear Dr. Spejcher,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

     However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1526



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Cannabis Industry Victims Educating Litigators
David Evans
1854 Henersonville Rd., Ste 205,
Asheville, NC 28803

Dear Mr. Evans,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1527



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Cannabis Law PA
Attn: Judith Cassel
501 Corporate Circle, Suite 302
Harrisburg, PA 17110

Dear Ms. Cassel,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1528



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                           *Springfield, VA 22152*

October 28, 2024

Cannabis Law PA
Attn: Micah Bucy
501 Corporate Circle, Suite 302
Harrisburg, PA 17110

Dear Mr. Bucy,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

_Office of the Administrator_          _Springfield, VA 22152_

October 28, 2024

Community Anti-Drug Coalitions of America
Sue Thau
500 Montgomery Street, Suite 400,
Alexandria, VA 22314

Dear Ms. Thau,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. _See Schedules of Controlled Substances: Rescheduling of Marijuana_, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

      The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                      Sincerely,

                      Anne Milgram
                      Administrator

**App.1530**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                        *Springfield, VA 22152*

October 28, 2024

Hemp for Victory
Dr. Corey Burchman
2061 Le Mans Dr.,
Carrollton, Texas 75006

Dear Dr. Burchman,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

      The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1531



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Curio Wellness
Edward Rudnic
740 15th Street NW, 5th floor,
Washington, DC 20005

Dear Mr. Rudnic,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

     However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1532



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Hemp for Victory
Dr. Darinia Douchi
2061 Le Mans Dr.,
Carrollton, Texas 75006

Dear Dr. Douchi,

 This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

 The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1533**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA  22152*

October 28, 2024

Drug Enforcement Association of Federal Narcotics Agents (DEAFNA)
P.O. Box 2801
Ashburn, VA 20146

Dear Sir/Ma'am,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                      Sincerely,

                                        Anne Milgram
                                        Administrator

**App.1534**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Massachusetts Cannabis Advisory Board
Ellen Brown
48 Sconset Circle,
Sandwich, MA 02563

Dear Ms. Brown,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1535**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Cannabis Ombudsman, State of Connecticut
Erin Gorman Kirk
747 Old Stamford RD,
New Canaan, CT 06840

Dear Ms. Gorman Kirk,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1536**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*

*Springfield, VA 22152*

October 28, 2024

Full Spectrum Inc
Gregory Davenport
176 S. Alvarado Street,
Los Angeles, CA 90057

Dear Mr. Davenport,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1537



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*             *Springfield, VA 22152*

October 28, 2024

Heidi Anderson-Swan
736 Gould Ave #6,
Hermosa Beach, CA 90254

Dear Ms. Anderson-Swan,

       This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

       Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

       However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

International Academy on the Science and Impact of Cannabis
Roneet Lev
P.O. Box 4187
Burlington, VT  05406-4187

Dear Ms. Lev,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024).  Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68.  Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                        Sincerely,

                                        Anne Milgram
                                        Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

_Office of the Administrator_                                    _Springfield, VA 22152_

October 28, 2024

International Association of Chiefs of Police
44 Canal Center, Suite 200,
Alexandria, VA 22314

Dear Sir/Ma'am,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. _See Schedules of Controlled Substances: Rescheduling of Marijuana_, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

      The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1540



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*             *Springfield, VA 22152*

October 28, 2024

Jahan Marcu
347 8th St., Apt 1,
Jersey City, NJ 07302

Dear Mr. Marcu,

       This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

       Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

       However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1541



**U.S. Department of Justice**
Drug Enforcement Administration

_Office of the Administrator_                    _Springfield, VA 22152_

October 28, 2024

The Doc App. Dba, My Florida Green
Jason Castro
4055 1st Ave SW,
Naples, FL 34119

Dear Mr. Castro,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. _See Schedules of Controlled Substances: Rescheduling of Marijuana_, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1542



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Jeffrey Fatz
9595 Six Pines Drive, STE 8210,
The Woodlands, TX 77380-1586

Dear Mr. Fatz,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1543



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Cannabis Bioscience International Holdings
John Jones
6201 Bonhomme Rd, Suite 466-S
Houston, TX 77036

Dear Mr. Jones,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1544



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Kenneth Finn, MD
6025 Delmonico Drive,
Colorado Springs, CO 80919

Dear Mr. Finn,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1545



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                      *Springfield, VA 22152*

October 28, 2024

American College of Occupational and Environmental Medicine
Natalie Hartenbaum
25 Northwest Point Blvd., Suite 700,
Elk Grove Village, IL 60007-1030

Dear Ms. Hartenbaum,

  This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

  The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

              Sincerely,

              Anne Milgram
              Administrator

App.1546



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

National Cannabis Industry Association
Aaron Smith
3845 Tennyson Street, Suite 170,
Denver, CO 80212

Dear Mr. Smith,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1547



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

National Cannabis Industry Association
Michelle Rutter Friberg
3845 Tennyson Street, Suite 170,
Denver, CO 80212

Dear Ms. Rutter Friberg,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1548**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

National Drug and Alcohol Screening Association
Jo McGuire
1629 K. Street NW, Suite 300,
Washington, DC 20006

Dear Ms. McGuire,

   This is in response to your request to the Drug Enforcement Administration for a hearing
or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule
I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of
Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon
review, DEA grants your request.

   The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET
at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be
conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45,
and 1316.41-1316.68. Further information regarding the hearing and your participation will be
provided by the Administrative Law Judge designated to preside over the hearing.

                                          Sincerely,

                                          Anne Milgram
                                          Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

National Sheriff's Association
1450 Duke Street,
Alexandria, Virginia, 22314

Dear Sir/Ma'am,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

     The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1550



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

National Transportation Safety Board
Jennifer Homendry
490 L'Enfant Plaza SW,
Washington, DC 20594

Dear Ms. Homendry,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

     The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1551



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                              *Springfield, VA 22152*

October 28, 2024

Pharmacists' Cannabis Coalition of California
Jill Simonian
5034 Caminito Vista Lujo,
San Diego, CA 92130

Dear Ms. Simonian,

        This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

        Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

        However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1552



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Phil Molloy
347 8th St., Apt 1,
Jersey City, NJ 07302

Dear Mr. Molloy,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1553



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                   *Springfield, VA 22152*

October 28, 2024

Phillip Drum
789 Condor Drive,
Martinez, CA 94553

Dear Mr. Drum,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1554



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*          *Springfield, VA 22152*

October 28, 2024

Prince Lobel Strategic Advisors LLC
Ronald Lipof
10401 N 100th Street, #5,
Scottsdale, AZ

Dear Mr. Lipof,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

      Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

      However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*        *Springfield, VA 22152*

October 28, 2024

Hemp for Victory
Robert Head
2061 Le Mans Dr.,
Carrollton, Texas 75006

Dear Mr. Head,

     This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

     The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

App.1556



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                              *Springfield, VA 22152*

October 28, 2024

Sandra Rapke

Dear Ms. Rapke,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

      Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

      However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

                        Sincerely,

                        Anne Milgram
                        Administrator

**App.1557**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Veterans Initiative 22
Shanetha Lewis
16517 Sylvan Dr.,
Bowie, Md 20715

Dear Ms. Lewis,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1558**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Smart Approaches to Marijuana
Patrick Philbin
1155 F. Street NW, Suite 750,
Washington, DC 2004

Dear Mr. Philbin,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                             Sincerely,

                             Anne Milgram
                             Administrator



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*             *Springfield, VA 22152*

October 28, 2024

State of Nebraska
Attorney General Mike Hilgers
2115 State Capitol,
Lincoln, NE 68509

Dear AG Hilgers,

       This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

       The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                  Sincerely,

                                  Anne Milgram
                                  Administrator

**App.1560**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*        *Springfield, VA 22152*

October 28, 2024

Synthcon LLC
Tim McKibben
770 Wooten Rd., Unit 101,
Colorado Springs, CO 80915

Dear Mr. McKibben,

       This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

       Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

       However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1561



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                                    *Springfield, VA 22152*

October 28, 2024

Tennessee Bureau of Investigation
6040 Century Oaks Drive,
Chattanooga, TN 37416

Dear Sir/Ma'am,

    This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

    The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                    Sincerely,

                                      Anne Milgram
                                    Administrator

**App.1562**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Teresa Simon
347 8th St., Apt 1,
Jersey City, NJ 07302

Dear Ms. Simon,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

**App.1563**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

The Commonwealth Project
Katy Green
800 Maine Avenue, SW, Suite 200,
Washington, DC 20024

Dear Ms. Green,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1564**



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*          *Springfield, VA 22152*

October 28, 2024

The Doc App. Dba, My Florida Green
Nicholas Garulay
4055 1st Ave SW,
Naples, FL 34119

Dear Mr. Garulay,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

      The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

Sincerely,

Anne Milgram
Administrator

**App.1565**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Hemp for Victory
Victor Bohm
2061 Le Mans Dr.,
Carrollton, Texas 75006

Dear Mr. Bohm,

        This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

        The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                                Sincerely,

                                                Anne Milgram
                                                Administrator

**App.1566**



**U.S. Department of Justice**
Drug Enforcement Administration

*Office of the Administrator*                    *Springfield, VA 22152*

October 28, 2024

Village Farms International Inc.
Shane Pennington
2020 K. Street, NW, Suite 600,
Washington, D.C. 20006

Dear Mr. Pennington,

      This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024). Upon review, DEA grants your request.

      The hearing is currently scheduled to commence on December 2, 2024, at 9:00 a.m. ET at the DEA Hearing Facility, 700 Army Navy Drive, Arlington, VA 22202. The hearing will be conducted pursuant to the provisions of 5 U.S.C. 556 and 557, and 21 CFR 1308.41-1308.45, and 1316.41-1316.68. Further information regarding the hearing and your participation will be provided by the Administrative Law Judge designated to preside over the hearing.

                                        Sincerely,

                                        Anne Milgram
                                        Administrator

App.1567



**U.S. Department of Justice**
Drug Enforcement Administration

---

*Office of the Administrator*                              *Springfield, VA 22152*

October 28, 2024

Wei He
2002 Kestral Circle,
Audubon, PA 19403

Dear Wei He,

This is in response to your request to the Drug Enforcement Administration for a hearing or to participate regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. *See Schedules of Controlled Substances: Rescheduling of Marijuana*, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. *See* 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; *see also Placement of Lorcaserin Into Schedule VI*, 78 FR 26701 (May 8, 2013); *Placement of Lacosamide Into Schedule V*, 74 FR 23789 (May 21, 2009); *Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III*, 64 FR 35928 (July 2, 1999); *Placement of Pemoline in Schedule IV*, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

However, the materials (including any comments) you have submitted will be offered as evidence at the hearing as provided for in the NPRM.

Sincerely,

Anne Milgram
Administrator

App.1568



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

American Psychological Association
750 First Street NE
Washington, DC 20002
knjones@apa.org

Dear American Psychological Association,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:15:42 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1569**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

American Trade Association for Cannabis and Hemp
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202
AKline@perkinscoie.com

Dear American Trade Association for Cannabis and Hemp,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:16:47 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1570**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*


Americans for Safe Access Foundation
1629 K Street NW
Suite 300
Washington, DC, 20006
steph@safeaccessnow.org


Dear Americans for Safe Access Foundation,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                            Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:17:55 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division


**App.1571**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Andrew DeAngelo
andrew@andrewdeangelo.com

Dear Andrew DeAngelo,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

     Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:19:31 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1572**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Andrew Kline
Green Thumb Industries Inc.
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202
AKline@perkinscoie.com

Dear Andrew Kline,

This is in response to your request, for a hearing and/or to participate in a hearing, to the
Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to
transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the
CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21,
2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not
sufficiently establish that you are an "interested person" under DEA regulations and/or the request
did not sufficiently state with particularity the relevant evidence on a material issue of fact that you
intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47,
1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013);
Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA
Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928
(July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA
has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:20:48 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1573**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Ariana Fleishman
ariana.fleishman@gmail.com

Dear Ariana Fleishman,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:22:03 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1574**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Association of American Railroads
425 Third Street SW
Washington, DC 20024
Sgordon@aar.org

Dear Association of American Railroads,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:23:07 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1575**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Association of State Criminal Investigative Agencies
7700 Midlothian Turnpike
North Chesterfield, VA 23235

Dear Association of State Criminal Investigative Agencies,

      This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

      Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

      Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:24:13 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1576**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

August Wakat
P.O. Box 700202
Tulsa, OK 74170
august@poeboyssalvage.com

Dear August Wakat,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:25:21 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1577**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Brian Austin
1955 Upton Talley Road
Upton, KY 42784
brianraustin@icloud.com

Dear Brian Austin,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:32:09 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1578**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Bryan Krumm
733 Monroe St. NE
Albuquerque, NM 87110
reeferdoc@hotmail.com

Dear Bryan Krumm,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by THOMAS PREVOZNIK
Date: 2024.11.25 14:29:21 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1579**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Bryon Adinoff
812 S Gaylord St.
Denver, CO 80209
mzorn@yettercoleman.com
adinoff@d4dpr.org

Dear Bryon Adinoff,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:30:07 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1580**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Catherine Bloom
W73N397 Greystone Dr.
Cedarburg, WI 53012
catherinembloom@gmail.com

Dear Catherine Bloom,

This is in response to your request, for a hearing and/or to participate in a hearing, to the
Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM)
to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the
CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21,
2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not
sufficiently establish that you are an "interested person" under DEA regulations and/or the request
did not sufficiently state with particularity the relevant evidence on a material issue of fact that you
intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47,
1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013);
Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA
Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928
(July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA
has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:28:34 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1581**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Coalition for Patients Rights
P.O. Box 868
Clackamas, OR 97015
Jason.Greninger@MyCPR.US

Dear Coalition for Patients Rights,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                  Sincerely,

                  THOMAS PREVOZNIK
                  Digitally signed by THOMAS PREVOZNIK
                  Date: 2024.11.25 14:39:28 -05'00'

                  Thomas W. Prevoznik
                  Assistant Administrator
                  Diversion Control Division

**App.1582**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Con Body
121 Ludlow Street
New York, NY 10002
coss@conbud.com

Dear Con Body,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:38:35 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1583**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Cris Ericson
crisericson7@gmail.com

Dear Cris Ericson,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by THOMAS PREVOZNIK
Date: 2024.11.25 14:36:01 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1584**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Cynthia Mateo
cynthiamateo2241@gmail.com

Dear Cynthia Mateo,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:37:46 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1585**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Daniel Kyle
401 SE 18th Ave.
Ontario, OR 97914
fierychrism@gmail.com
Dear Daniel Kyle,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:36:58 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1586**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

David Heldreth Jr.
14321 Se 49th St.
Bellevue, WA 98006
dheldrethjr@gmail.com

Dear David Heldreth Jr.,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:48:51 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1587**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Dennis Schuller
admin@legalmarijuananowmn.org

Dear Dennis Schuller,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:49:37 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1588**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Derek J Shirley
24 Cambell Shore Rd.
Gray, Maine 04039
gettinghighwithcats@gmail.com

Dear Derek J Shirley,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:48:05 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1589**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Devan Maurice Dupuis
62 Washington Street A10
Haverhill, MA 01832
devandupuis@gmail.com

Dear Devan Maurice Dupuis,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:46:20 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1590**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Dominique Mendiola
1697 Cole Boulevard
Suite 200
Lakewood, CO 80401
dominique.mendiola@state.co.us

Dear Dominique Mendiola,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:45:37 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1591**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Drug Policy Alliance
1796 Bar Harbor Rd.
Columbus, OH 43219
cpacker@drugpolicy.org

Dear Drug Policy Alliance,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:53:48 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1592**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Ean Seeb
200 East Colfax Avenue
Room 136
Denver, CO 80203
ean.seeb@state.co.us

Dear Ean Seeb,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
14:51:31 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1593**



**U. S. Department of Justice**

**Drug Enforcement Administration**

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Ed Wood
7133 West Arlington Way
Littleton, CO 80123
edwood27@icloud.com

Dear Ed Wood,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:53:01 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1594**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Emily Fisher
9100 South Dadeland Ave.
Suite 1701
Miami, Florida 33156
zlevin@leafwell.com

Dear Leafwell,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by THOMAS PREVOZNIK
Date: 2024.11.25 14:52:16 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1595**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Grayson Lichtenthaler
graysonlichtenthaler@gmail.com

Dear Grayson Lichtenthaler,

 This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

 Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:05:14 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1596**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Greenspoon Marder, LLP
1144 15th St., Suite 2700
Denver, CO 80218
Nick.Richards@gmlaw.com

Dear Greenspoon Marder, LLP,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                         Sincerely,

THOMAS PREVOZNIK
Digitally signed by THOMAS PREVOZNIK
Date: 2024.11.25 15:03:37 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1597**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Ian Patrick Patriarca
irpmarketing0805@gmail.com

Dear Ian Patrick Patriarca,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:02:13 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1598**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Jasmine Montoya
7893 Wyandot St.
Denver, CO 80221
jasmontoya21@gmail.com

Dear Jasmine Montoya,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
15:01:29 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1599**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Jessica Garza
jes.garza20@gmail.com

Dear Jessica Garza,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:11:13 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1600**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Jonathan Frank
jonathanfrank84@icloud.com

Dear Jonathan Frank,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by THOMAS PREVOZNIK
Date: 2024.11.25 15:13:43 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1601**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Jordan Christopher Zito
zito.jordan@yahoo.com

Dear Jordan Christopher Zito,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:08:17 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1602**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Jordan Smith
jordan_rocksmith@yahoo.com

Dear Jordan Smith,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:07:34 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1603**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Joseph Garofalo
31 Dartmouth St.
Keene, NH 03249

Dear Joseph Garofalo,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:10:24 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1604**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Joshua Taylor
graysonlichtenthaler@gmail.com

Dear Joshua Taylor,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:18:29 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1605**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Julie Monteriro
P.O Box 868
Clackamas, OR 97015
julie@compassion-center.org;
james@compassion-center.org;
admin@compassion-center.org

Dear Julie Monteriro,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
15:22:17 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1606**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Justin J. Taylor
vwjustin@gmail.com

Dear Justin J. Taylor,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:17:45 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1607**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Kai Hoffman
610 Burley Road
Annapolis, MD 21409
kaihoffman@verizon.net

Dear Kai Hoffman,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                    Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
15:19:10 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1608**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Kainan Boring
kainanmatthew@icloud.com

Dear Kainan Boring,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

    Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
15:20:07 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1609**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Keila E. Castillo
P.O. Box 9120
Chelsea, MA 02150
keila91castillo@gmail.com

Dear Keila E. Castillo,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:29:26 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1610**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Keith G. Freeman
759 Blossom Hill Road
Los Gatos, CA 95032
Keithfree10@gmail.com

Dear Keith G. Freeman,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:28:41 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1611**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Kym Silva
kymsilva31@gmail.com

Dear Kym Silva,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:27:56 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1612**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Last Prisoner Project
149 Walden St.
West Hartford, CT 06107
sarah@lastprisonerproject.org

Dear Last Prisoner Project,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:27:12 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1613**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Lilly Tirado
lillycti10@gmail.com

Dear Lilly Tirado,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:49:53 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1614**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Lori Robinson
638 Lindero Canyon Rd.
Suite 403
Oak Park, CA 91377
momsstronginfo@gmail.com

Dear Lori Robinson,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
15:49:07 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1615**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Major Cities Chiefs Association
P.O. Box 71690
Salt Lake City, UT 84171

Dear Major Cities Chiefs Association,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:44:18 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1616**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Major County Sheriffs of America
P.O. Box 81762,
Rochester, MI 48308

Dear Major County Sheriffs of America,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:46:21 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1617**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Mariah Ashley Magnuson
mariah.magnuson@gmail.com

Dear Mariah Ashley Magnuson,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:47:12 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1618**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Marijuana Policy Project
2370 Champlain NW
Suite 12
Washington, DC. 20009
kokeefe@mpp.org

Dear Marijuana Policy Project,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:55:26 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1619**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Michael Doyle
12619 Dunks Ferry Road
Philadelphia, PA 19154
michaeldoylejr@comast.net

Dear Michael Doyle,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:54:41 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1620**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Michael Krawitz
1110 Mary Bett Hollow Road
Ferrum, Virginia 24088
miguet@infionline.net

Dear Michael Krawitz,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

                         Sincerely,

                         THOMAS    Digitally signed by
                         PREVOZNI  THOMAS
                         K         PREVOZNIK
                                  Date: 2024.11.25
                                  15:51:51 -05'00'

                         Thomas W. Prevoznik
                         Assistant Administrator
                         Diversion Control Division

**App.1621**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Michael Rountree
300 S. El Camino Real
Suite 206
San Clemente, CA 92672
mrountree@rountreeconsulting.com

Dear Michael Rountree,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
<span>Digitally signed by THOMAS PREVOZNIK Date: 2024.11.25 15:52:52 -05'00'</span>

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1622**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

Minorities for Medical Marijuana, Inc.
927 Goldwyn Avenue
Suite 124
Orlando, Florida 32805
eric@m4mmunited.org

Dear Medical Marijuana, Inc.,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:53:52 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1623**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Minority Cannabis Business Association
1300 I Street, NW
Suite 400 E
Washington, DC 20005

Dear Minority Cannabis Business Association,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

    Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:08:44 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1624**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

National Alliance of State Drug Enforcement Agencies
P.O. Box 16278
Austin, TX 78761

Dear National Alliance of State Drug Enforcement Agencies,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:07:19 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1625**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

National Association of Police Organizations
317 S. Patrick Street
Alexandria, VA 22314

Dear National Association of Police Organizations,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:00:23 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1626**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

National District Attorneys Association
1400 Crystal Drive
Suite 330
Arlington, VA 22202

Dear National District Attorneys Association,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:06:23 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1627**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

National HIDTA Directors Association
1800 Washington Blvd.
Suite 150
Baltimore, MD 21230

Dear National HIDTA Directors Association,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

    Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:02:16 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1628**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

National Narcotic Officers' Associations' Coalition
455 Massachusetts Ave. NW
Box 112
Washington, DC 20001

Dear National Narcotic Officers' Associations' Coalition,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:16:55 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1629**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Law Offices of Joseph A. Bondy
NORML
1776 Broadway
Suite 2000
New York, NY 10019
jab@josephabondy.com;
paul@norml.org;
WhitneyEconomics@gmail.com

Dear Law Offices of Joseph A. Bondy,

  This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

  Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

         Sincerely,

         THOMAS   Digitally signed by
         PREVOZNI   THOMAS
         K      PREVOZNIK
             Date: 2024.11.25
             15:26:21 -05'00'

         Thomas W. Prevoznik
         Assistant Administrator
         Diversion Control Division

**App.1630**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

New York State Office of Cannabis Management
1220 Washington Avenue
Building 9
Albany, New York 12226
Felicia.Reid@ocm.ny.gov

Dear New York State Office of Cannabis Management,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:17:38 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1631**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Nicholas Barreto
400 W. South Boulder Rd.
Suite 17
Louisville, CO 80027
nbarreto89@aim.com

Dear Nicholas Barreto,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:16:06 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1632**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Nicole Ricci
728 Broadway
Kingston, NY 12401

Dear Nicole Ricci,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:15:01 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1633**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Patrick Oglesby
1830 North Lakeshore Drive,
Chapel Hill, NC 27514
po@newrevenue.org

Dear Patrick Oglesby,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
16:12:42 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1634**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Perkins Coie
1201 Third Avenue
Suite 4900
Seattle, Washington 98101
AKallon@perkinscoie.com
TTobin@perkinscoie.com

Dear Perkins Coie,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                          Sincerely,

                          THOMAS PREVOZNIK
                          Digitally signed by THOMAS PREVOZNIK
                          Date: 2024.11.25 16:27:59 -05'00'

                        Thomas W. Prevoznik
                        Assistant Administrator
                        Diversion Control Division

**App.1635**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Perkins Coie on behalf of Green Thumb Industries Inc.
700 Thirteenth Street NW
Suite 800
Washington, DC 20005
Bcohen@perkinscoie.com

Dear Perkins Coie on behalf of Green Thumb Industries Inc.,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:27:16 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1636**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Perkins Coie on behalf of MedPharm
1201 Third Avenue
Suite 4900
Seattle, Washington 98101
AKallon@perkinscoie.com
TTobin@perkinscoie.com

Dear Perkins Coie on behalf of MedPharm,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:26:19 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1637**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Perkins Coie on behalf of MedPharm
2020 K Street NW
Suite 600
Washington, DC 20006
SPennington@porterwright.com

Dear Perkins Coie on behalf of MedPharm,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

                Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:25:25 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1638**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Perkins Coie on behalf of MedPharm
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202
AKline@perkinscoie.com

Dear Perkins Coie on behalf of MedPharm,

   This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

   Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                                        Sincerely,

                                        THOMAS
                                        PREVOZNI
                                        K

                                        Digitally signed by
                                        THOMAS
                                        PREVOZNIK
                                        Date: 2024.11.25
                                        16:24:24 -05'00'

                                        Thomas W. Prevoznik
                                        Assistant Administrator
                                        Diversion Control Division

**App.1639**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Rafael Acevedo
bookingruleyalabel@gmail.com

Dear Rafael Acevedo,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
16:32:15 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1640**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

RTI International
3040 East Cornwallis Road
P.O. Box 12194
Research Triangle Park, NC 27709
janeallen@rti.org

Dear RTI International,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

    Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
16:33:04 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1641**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

Russell Palmer
russ@russellpalmer.biz

Dear Russell Palmer,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:31:09 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1642**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Sage Endoom Cannablisshum
1304 Wilkshire Circle SW
North Canton, OH 44720
Sagesamoreorganics@gmail.com

Dear Sage Endoom Cannablisshum,

     This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

     Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:29:43 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1643**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

San Diego County
kellyjaninethequeen@gmail.com

Dear San Diego County,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:30:24 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1644**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Sensible Drug Policy
1800 M St NW, Suite 33051
Washington, DC 20036
kat@ssdp.org

Dear Sensible Drug Policy,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:39:42 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1645**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

Sergeants Benevolent Association
57 Leonard Street
New York, NY 10013

Dear Sergeants Benevolent Association,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:44:17 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1646**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Shane Gallichio
shanildo44@gmail.com

Dear Shane Gallichio,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:43:27 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1647**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*


Shane Pennington
2020 K Street NW
Suite 600
Washington, DC 20006
SPennington@porterwright.com


Dear Shane Pennington,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.


                Sincerely,

                THOMAS PREVOZNIK
                Digitally signed by THOMAS PREVOZNIK
                Date: 2024.11.25 16:42:44 -05'00'

                Thomas W. Prevoznik
                Assistant Administrator
                Diversion Control Division


**App.1648**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Governor Jared Polis
200 East Colfax Avenue
Room 136
Denver, CO 80203
governorpolis@state.co.us

Dear Governor Jared Polis,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
15:04:27 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1649**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Stephen J. Mandile
27 Henry Street
Uxbridge, Massachusetts 01569
sjmandile@gmail.com

Dear Stephen J. Mandile,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:40:38 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1650**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Students for Sensible Drug Policy
600 17th Street
Suite 2800 South
Denver, CO 802020

Dear Students for Sensible Drug Policy,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:49:54 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1651**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Dr. Suzanne Sisley
12622 N. 81st St.
Scottsdale, AZ 85260
ssisleymd@gmail.com

Dear Dr. Suzanne Sisley,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
14:54:40 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1652**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

T. Christopher Wright
2114 E 35th St,
Minneapolis, MN 55407
tc_wright38@yahoo.com

Dear T. Christopher Wright,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:46:48 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1653**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

The Equity Trade Network
2261 Market St.
Suite 4
San Francisco, CA 94114

Dear The Equity Trade Network,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
16:49:11 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1654**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

*www.dea.gov*

The Plant Counsel
2609 Leslie Dr. NE
Atlanta, GA 30345
JimFricke@JimFricke.com

Dear The Plant Counsel,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:48:28 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1655**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

The Veterans Action Council
veteransactioncouncil@gmail.com
cannabisamericana420@gmail.com

Dear The Veterans Action Council,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                                      Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:47:42 -05'00'

                    Thomas W. Prevoznik
                    Assistant Administrator
                    Diversion Control Division



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Thomas J. Tobin
1201 Third Avenue
Suite 4900
Seattle, Washington 98101
TTobin@perkinscoie.com

Dear Thomas J. Tobin,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
17:07:54 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1657**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_www.dea.gov_

Training Marbles, Inc.
dmcdowell@trainingmarbles.com

Dear Training Marbles, Inc.,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
17:05:16 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1658**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

United Empowerment Party
639 Russell Ave.
Suite 101
Meadville, PA 16335
sephida@unitedempowermentparty.org

Dear United Empowerment Party,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

                    Sincerely,

THOMAS
PREVOZNIK
Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
16:57:48 -05'00'

                    Thomas W. Prevoznik
                    Assistant Administrator
                    Diversion Control Division

**App.1659**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

United States Cannabis Coalition
P.O. Box 329
Marietta, OK 73448
usacannabiscoalition@gmail.com

Dear United States Cannabis Coalition,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
17:01:48 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1660**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Veterans Action Council
soijana@proton.me
esaiagonzalez@gmail.com

Dear Veterans Action Council,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
17:16:30 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1661**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Veterans Action Council
1700 Chattuck Ave.
Apt 207
Berkeley, CA 94709
atn420@gmail.com

Dear Veterans Action Council,

    This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

    Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

    Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
17:15:46 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1662**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Veterans Action Council
soijana@proton.me
esaiagonzalez@gmail.com

Dear Veterans Action Council,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS PREVOZNIK
Date: 2024.11.25
17:16:30 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1663**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

Vicente LLP on behalf of Sensible Colorado
800 Boylston Street
26th Floor
Boston, MA 02199
T.Swain@VicenteLLP.com

Dear Vicente LLP on behalf of Sensible Colorado,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNI
K

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
17:12:34 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1664**



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

---

*www.dea.gov*

Vicente LLP
800 Boylston Street
26th Floor
Boston, MA 02199
T.Swain@VicenteLLP.com

Dear Vicente LLP,

This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA. See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing. See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975). Therefore, DEA has decided not to grant your request.

Sincerely,

THOMAS
PREVOZNIK

Digitally signed by
THOMAS
PREVOZNIK
Date: 2024.11.25
17:13:38 -05'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division

**App.1665**

| From: | Achbach, Heather E. |
|---|---|
| To: | Hamilton, Kerry R. |
| Cc: | Kellstrom, Melissa A.; Washington, Crystal L; Van Linn, Michael L.; Willenbring, Daniel; Mason, Teneille W |
| Subject: | RE: MJ letters with formatting errors |
| Date: | Wednesday, November 27, 2024 2:38:36 PM |
| Attachments: | Andrew Kline Marijuana Rejection letters 11252024-.pdf |
| | Perkins Coie Marijuana Rejection letters 11252024.pdf |
| | Shane Pennington Marijuana Rejection letters 11252024.pdf |
| | Thomas J. Tobin Marijuana Rejection letters 11252024.pdf |
| | Perkins Coie on behalf of MedPharm Marijuana Rejection letters 11252024-70.pdf |
| | Perkins Coie on behalf of MedPharm 2 Marijuana Rejection letters 11252024-.pdf |

And as the last follow up on this before I go make pie crusts and dinner rolls for tomorrow.....

This attached group of letters were not sent out as they were duplicates.  We had multiple attorneys included on incoming requests and individual letters were drafted to each attorney.  Since the letters were not addressed to the individuals but to the organizations we cc'd the multiple attorneys from each request and sent the single letters so that duplicates were not sent en-masse.

All Marijuana rejection letters have now been emailed out, with the exception of the ones highlighted below.  I will be on leave Friday.  Mike and Tenielle will be around, and Leslie Mayer will be acting.  Otherwise, we can address everything on Monday.

Everyone relax tomorrow!!

Heather.

---

**From:** Achbach, Heather E.
**Sent:** Wednesday, November 27, 2024 11:44 AM
**To:** Hamilton, Kerry R. <Kerry.R.Hamilton@dea.gov>
**Cc:** Kellstrom, Melissa A. <Melissa.A.Kellstrom@dea.gov>; Washington, Crystal L <Crystal.L.Washington@dea.gov>; Van Linn, Michael L. <Michael.L.Van.Linn@dea.gov>; Willenbring, Daniel <Daniel.Willenbring@dea.gov>; Mason, Teneille W <Teneille.W.Mason@dea.gov>
**Subject:** MJ letters with formatting errors

Kerry, Melissa, and Crystal,

As discussed Tuesday, there were a few of the Marijuana letters that weirdly formatted the name of the recipient.  Those letters are attached.

Issues are as follows:

"Minorities for Medical Marijuana, Inc. Marijuana Rejection letters 11252024"
The address and salutation are different.
 We think it should be this one:
 Cannabis and Hemp for Minorities for Medical Marijuana. Minorities for Medical
 Marijuana, Inc.
 Eric Foster
 eric@m4mmunited.org


- "Veterans Action Council  Marijuana Rejection letters 11252024"
 We have an address for these individuals on the excel spreadsheet. No address on the
 letter.  Up to you all if you want one on here.
  Veterans Action Council
  Apt 622
  Greenbriar Circle Petaluma, CA 94954
  Esaia González
  soijana@proton.me; esaiagonzalez@gmail.com


- "San Diego County  Marijuana Rejection letters 11252024-"
 **San Diego County         Kelly Anderson   kellyjaninethequeen@gmail.com**
 **This person does not represent the county of San Diego but signed her emails with those**
 **words, it went in the chart that way. Suggest reformat to address it to her.**


- "Students for Sensible Drug Policy  Marijuana Rejection letters 11252024"
 There are 2 letters.  One has an address but no email. It looks like it corresponds to this
 entry:
  Students for Sensible Drug Policy - Robert T. Rush, counsel for 600 17th Street, Suite
  2800 South, Denver, CO  80202
  2nd Letter to Ms.  Murti – presumably a member of the same organization as the letter
  to SSDP
  Students for Sensible Drug Policy         Kat Murti - kat@ssdp.org         1800 M St NW,
  #33051 Washington, DC 20036
  Suggest addressing second letter only to Kat Murti to remove confusion.


- **"American Academy of Child Marijuan Rejection letters 11252024"  - American Academy of**
 **Child and Adolescent Psychiatry is cutoff, and the letter is addressed to American Academy**
 **of Child.**


- **Daniel Kyle's letter doesn't have any space between the address and salutation. Tech error if**
 **we want to rewrite.**


- **Joshua Taylor**
 **graysonlichtenthaler@gmail.com         No address provided**
 **we had the incorrect email address in the spreadsheet; correct email address is:**


**App.1667**

jtayt7@gmail.com.

Also, as an FYI, we had 14 letters we couldn't send as we had no email addresses. Those are:

- Joseph Garofalo  Joseph Garofalo  No e-mail provided          31 Dartmouth St., Keene, NH 03249
- Students for Sensible Drug Policy          Robert T. Rush, counsel for SSDP          No e-mail provided          600 17th Street, Suite 2800 South, Denver, CO 80202
- The Equity Trade Network          Leah Weitz          No e-mail provided          2261 Market St., #4, San Francisco, CA 94114
- Nicole Ricci (New York Small Farma Ltd) Pet. to Participate          Nicole Ricci          No e-mail provided  728 Broadway, Kingston, NY 12401
- Association of State Criminal Investigative Agencies          C/O: Bureau of Criminal Investigation – Virginia State Police, Drew Evans, No e-mail provided          7700 Midlothian Turnpike, North Chesterfield, VA 23235
- Major Cities Chiefs Association  Laura Cooper, Executive Director          No e-mail provided          P.O. Box 71690, Salt Lake City, UT 84171
- Major County Sheriffs of America Megan Noland, Executive Director          No e-mail provided  P.O. Box 81762, Rochester, MI 48308
- National Alliance of State Drug Enforcement Agencies          Donald Payton, President          No e-mail provided          P.O. Box 16278, Austin, TX 78761
- National Association of Police Organizations          William Johnson, Executive Director          No e-mail provided          317 S. Patrick Street, Alexandria, VA 22314
- National District Attorneys Association    Nelson Bunn, Executive Director          No e-mail provided  1400 Crystal Drive, Suite 330, Arlington, VA 22202
- National HIDTA Directors Association          C/O: Washington/Baltimore HIDTA, Mike McDaniel, President          No e-mail provided          1800 Washington Blvd., Suite 150, Baltimore, MD 21230
- National Narcotic Officers' Associations' Coalition          Eric Brown, President                    No e-mail provided          455 Massachusetts Ave., NW, Box 112, Washington, D.C. 20001
- Sergeants Benevolent Association NYPD  Vincent Vallelong, President          No e-mail provided  57 Leonard Street, New York, NY 10013
- Minority Cannabis Business Associaion (MCBA)    Mike Lomuto, Board Chair          No e-mail provided          1300 I Street, NW, Suite 400 E, Washington, D.C. 20005

Heather E. Achbach
**Acting Section Chief**
Regulatory Drafting & Policy Support (DPW)
Drug Enforcement Administration
Washington, D.C.
Desk: 571-387-3185 | Cell: 206-330-3920

**App.1668**

[www.deadiversion.usdoj.gov](www.deadiversion.usdoj.gov)



**U. S. Department of Justice**

Drug Enforcement Administration

8701 Morrissette Drive
Springfield, Virginia 22152

_____

*www.dea.gov*

UC San Diego's Center for Medicinal Cannabis Research
220 Dickinson St.
Suite B
San Diego, CA 92103
igrant@health.ucsd.edu

Dear UC San Diego's Center for Medicinal Cannabis Research,

  This is in response to your request, for a hearing and/or to participate in a hearing, to the Drug Enforcement Administration (DEA) regarding the notice of proposed rulemaking (NPRM) to transfer marijuana from schedule I of the Controlled Substances Act (CSA) to schedule III of the CSA.  See Schedules of Controlled Substances: Rescheduling of Marijuana, 89 FR 44597 (May 21, 2024) and 89 FR 70148 (Aug. 29, 2024).

  Upon review and careful consideration, DEA has determined that the request did not sufficiently establish that you are an "interested person" under DEA regulations and/or the request did not sufficiently state with particularity the relevant evidence on a material issue of fact that you intended to present during the hearing.  See 21 CFR 1300.01(b), 1308.44(a), 1308.44(b), 1316.47, 1316.48; see also Placement of Lorcaserin Into Schedule VI, 78 FR 26701 (May 8, 2013); Placement of Lacosamide Into Schedule V, 74 FR 23789 (May 21, 2009); Rescheduling of the FDA Approved Product Containing Synthetic Dronabinol From Schedule II to Schedule III, 64 FR 35928 (July 2, 1999); Placement of Pemoline in Schedule IV, 40 FR 4150 (Jan. 28, 1975).  Therefore, DEA has decided not to grant your request.

       Sincerely,


       Thomas W. Prevoznik
       Assistant Administrator
       Diversion Control Division


**App.1670**

## CERTIFICATE OF SERVICE

I certify that this document was filed with the Court via the court's electronic filing system, on the 17th day of February, 2025, and an electronic copy was served on all counsel of record via the CM/ECF system on the same date. I further certify that I have mailed the foregoing document via first class mail, postage paid, to those parties or their counsel who are not registered through the CM/ECF system.


*/s/Austin T. Brumbaugh*
Austin T. Brumbaugh