

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Tel: (202) 514-5432

February 24, 2025

By CM/ECF

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC  20001

    Re:   *Doctors for Drug Policy Reform v. DEA*, No. 24-1365

    I am the government attorney with principal responsibility for the above-referenced petition for review.  The Court has directed that this case be calendared "for argument on the first appropriate date following the conclusion of briefing" on April 7, 2025.  Order (Feb. 7, 2025).

    I am writing to advise the Court that I will be out of the office April 10-11, 2025 for argument in *Sun Valley Orchards LLC v. Department of Labor*, No. 23-2608 (3d Cir.), and out of the office on April 25, 2025 for a law school reunion.  I would be grateful if argument could be set for a date that does not fall during those days.

    Thank you for your consideration.

                          Sincerely,

                          */s/ Daniel Aguilar*
                          DANIEL AGUILAR
                          U.S. Department of Justice
                          Appellate Staff, Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Daniel Aguilar*
DANIEL AGUILAR