# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1365**　　　　　　　　　　　　　　　　　**September Term, 2024**

DEA-11/25/24 Letter
DEA-10/28/24 Letter

**Filed On: April 11, 2025** [2110594]

Doctors for Drug Policy Reform and Bryon Adinoff, Dr.,

　　　　Petitioners

　　v.

Drug Enforcement Administration and Anne Milgram, in her official capacity as Administrator of the United States Drug Enforcement Administration,

　　　　Respondents

## O R D E R

Upon consideration of petitioners' unopposed motion to voluntarily dismiss the petition, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

### Per Curiam

　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　Deputy Clerk